

**Clark** INTEGRATED ⟨ Medical Chiropractic Rehab
MEDICAL CLINICS

**Lafayette | New Iberia | Pineville | Scott**

Brad Boudreaux, MD  Amanda Hu, PA-C  Amy Weatherford, NP-C  Kayla Conway-Brown, NP-C  Jency Broussard, PA-C  Rachel LaCroix, NP-C
J. Scott Clark, DC  Matt Smith, DC  Joshua Couvillon, DC  Jake Gary, DC  Kris Frankenberg, DC  Ryan Knoll, DC

www.clarkintegrated.com

# Initial Evaluation

**Patient Name: Quincy Lewis**                                    **Date: 04/25/2025**
**DOB:** ▮▮▮▮▮▮

| Diagnosis: | M54.2 | Cervicalgia |
|---|---|---|
| | M54.12 | Radiculopathy, cervical region |
| | M54.6 | Pain in thoracic spine |
| | M54.14 | Radiculopathy, thoracic region |
| | M54.59 | Other low back pain |
| | M54.16 | Radiculopathy, lumbar region |
| | M46.1 | Sacroiliitis, not elsewhere classified |
| | M62.838 | Other muscle spasm |
| | M62.830 | Muscle spasm of back |
| | M25.551 | Pain in right hip |
| | M25.571 | Pain in right ankle and joints of right foot |
| | M25.651 | Stiffness of right hip, not elsewhere classified |
| | M54.31 | Sciatica, right side |

**History of Present Illness:**

Mr. Lewis began receiving care here on 04/09/2025 following an incident that occurred on 03/12/2025. He reports bilateral neck pain, upper back pain and lower back pain that radiates down into his right lower extremity. The physical examination showed restricted movement in his cervical, thoracic, and lumbar spine regions.

**Physical Exam/ROS:**

Vitals: Pulse – 78, Temperature – 97.4°F, SpO2 – 100%, Blood Pressure – 119/87 (R)
Physical Exam: Positive Compression, Distraction, Soto Hall, SLR, Shoulder Depression and Fabre Patrick; Negative Yeoman's, and Milgram's tests
Review of Systems: Normal across General, HEENT, Respiratory, Gastrointestinal, Genitourinary, and Neurological systems

Quincy Lewis
April 25, 2025                        DEF 001                        DOB: ▮▮▮▮▮



**Past Medical History:**

      Allergies: Seasonal
      Surgeries: Spinal Fusion (2003)
      Lifestyle: Smoker, drinks alcohol
      Current Medications: Zyrtec, Meloxicam, Frovatriptan

**Assessment:**

Mr. Lewis was not experiencing his current symptoms prior to this incident, indicating that his current symptoms are a direct result of the incident that occurred on 03/12/2025.

**Plan:**

I am recommending the patient begin physical therapy. The patient will follow-up with our medical staff in 2 weeks. We will continue to monitor the patient's progress.

Sincerely,

*Kayla Conway-Brown, FNP-C*
Kayla Conway-Brown, NP-C

 

**Lafayette | New Iberia | Pineville**

Brad Boudreaux, MD  Amanda Ho, PA-C  Amy Weatherford, NP-C  Kayla Conway-Brown, NP-C  Rachel LaCroix, NP-C  Jency Broussard, PA-C
J. Scott Clark, DC  Matt Smith, DC  Joshua Couvillon, DC  Jake Gary, DC  Kris Frankenberg, DC  Ryan Knoll, DC

**www.clarkintegrated.com**

# PATIENT STATEMENT

## PATIENT: QUINCY LEWIS

DATE:          June 27, 2025

CIMC Bill:          $1150

LPTC Bill:          $4017

**TOTAL BILL:**          **$5167**

Printed on 6/27/2025

**Clinic Information**
Clark Integrated Medical Clinics
401 E. Verot School Rd, Lafayette, LA, 70508-3130
Phone: (M) (337) 232-3353

# Statement

☐ Visa  ☐ Discover  ☐ Mastercard  ☐ American Express

Cardholder Name:
Card Number:                                    CVV:
Expire Date:                         Amount:
Patient Name: QUINCY LEWIS
Account #: P1118              Amount Due #: $1,150.00
Statement Date: 6/27/2025
Cardholder Signature:

Mail all payments and correspondence to the address above

**Bill To:**
WALTER GABRIEL
1100 PEACHTREE ST NE SUITE 200,
ATLANTA,GA,30309

| DOS / Claim # | Professional Service | ICD Code | CPT Code | Charge | Tax | Payment / Write-off | Balance |
|---|---|---|---|---|---|---|---|
| 4/9/2025, #11943010 | Office or other outpatient visit for the evaluation and management of a new patient, which requires these three components:a detailed history, a detailed examination, and medical decision making of low complexity | - | 99203 | $175.00 | $0.00 | | $175.00 |
| 4/23/2025, #12017443 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least two of these three key components: an expanded problem focused history an expanded problem focused examination medical decision making of low complexity | - | 99213 | $125.00 | $0.00 | | $300.00 |
| 4/30/2025, #12113805 | Radiologic examination, hip, unilateral, with pelvis when performed; 2-3 views. | - | 73502 | $100.00 | $0.00 | - | $400.00 |
| 4/30/2025, #12113805 | Radiologic examination, foot; complete, minimum of three views | - | 73630 | $150.00 | $0.00 | - | $550.00 |
| 4/30/2025, #12113805 | Radiologic examination, spine, cervical; minimum of four views | - | 72050 | $150.00 | $0.00 | - | $700.00 |
| 4/30/2025, #12113805 | Radiologic examination, spine; thoracic, two views | - | 72070 | $100.00 | $0.00 | - | $800.00 |
| 4/30/2025, #12113805 | Radiologic examination, spine; lumbosacral two or three views | - | 72100 | $100.00 | $0.00 | - | $900.00 |
| 5/7/2025, #12118024 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least two of these three key components: an expanded problem focused history an expanded problem focused examination medical decision making of low complexity | - | 99213 | $125.00 | $0.00 | - | $1,025.00 |
| 6/4/2025, #12345055 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least two of these three key components: an expanded problem focused history an expanded problem focused examination medical decision making of low complexity | - | 99213 | $125.00 | $0.00 | - | $1,150.00 |

| Total Charges | Total Tax | Total Payments | Total Write-Offs | Total Balance |
|---|---|---|---|---|
| $1,150.00 | $0.00 | $0.00 | $0.00 | $1,150.00 |

Page 1 of 1

THANK YOU!
DEF 004



## Restoring strength, mobility and function for your life!

### Visit Detail

Patient Name: LEWIS, QUINCY

Case:    MVA: 3/31/2025 *ATTY*

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/07/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97140 | Manual Therapy | | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| 97161 | PT Eval Low Complexity | | 1 | $134.00 | $134.00 | $0.00 | $0.00 | $134.00 |
| Visit Total: | | | | | $228.00 | $0.00 | $0.00 | $228.00 |
| Copay Paid: | | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | | $0.00 |
| Visit Balance: | | | | | | | | $228.00 |

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/22/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | | 1 | $49.00 | $49.00 | $0.00 | $0.00 | $49.00 |
| 97112 | Neuromuscular Re-Ed | | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | | $197.00 | $0.00 | $0.00 | $197.00 |
| Copay Paid: | | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | | $0.00 |
| Visit Balance: | | | | | | | | $197.00 |

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/24/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | | 1 | $49.00 | $49.00 | $0.00 | $0.00 | $49.00 |
| 97112 | Neuromuscular Re-Ed | | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | | $197.00 | $0.00 | $0.00 | $197.00 |
| Copay Paid: | | | | | | | | $0.00 |

Print Date: 6/26/2025 3:12:38 PM

Page: 1 to 6

Patient Name: LEWIS, QUINCY

| | |
|---|---|
| Coinsurance Paid: | $0.00 |
| Visit Balance: | $197.00 |

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/01/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | | 1 | $49.00 | $49.00 | $0.00 | $0.00 | $49.00 |
| 97112 | Neuromuscular Re-Ed | | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | | $197.00 | $0.00 | $0.00 | $197.00 |
| Copay Paid: | | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | | $0.00 |
| Visit Balance: | | | | | | | | $197.00 |

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/02/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | | $0.00 |
| Visit Balance: | | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/07/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | | $0.00 |
| Visit Balance: | | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/08/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |

Patient Name: LEWIS, QUINCY

| 97016 | Vasopneumatic Devices | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | $0.00 |
| Visit Balance: | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due |
|---|---|---|
| 05/22/2025 | $0.00 | $0.00 |

| CPT | Description | Units | Amount | Charge | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| 97016 | Vasopneumatic Devices | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | $0.00 |
| Visit Balance: | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due |
|---|---|---|
| 05/30/2025 | $0.00 | $0.00 |

| CPT | Description | Units | Amount | Charge | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| 97016 | Vasopneumatic Devices | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | $0.00 |
| Visit Balance: | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due |
|---|---|---|
| 06/02/2025 | $0.00 | $0.00 |

| CPT | Description | Units | Amount | Charge | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| 97016 | Vasopneumatic Devices | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | $0.00 |

Patient Name: LEWIS, QUINCY

| Visit Balance: | | $246.00 |
|---|---|---|

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/04/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | | $0.00 |
| Visit Balance: | | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/05/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | | $0.00 |
| Visit Balance: | | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/09/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | | $0.00 |
| Visit Balance: | | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/12/2025 | $0.00 | $0.00 | | | | | | |
| CPT | Description | | Units | Amount | Charge | Payments | Adjustments | Balance |
| 97016 | Vasopneumatic Devices | | 1 | $39.00 | $39.00 | | | $39.00 |

Patient Name: LEWIS, QUINCY

| CPT | Description | Units | Amount | Charge | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| 97110 | Therapeutic Exercise | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | $0.00 |
| Visit Balance: | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due |
|---|---|---|
| 06/16/2025 | $0.00 | $0.00 |

| CPT | Description | Units | Amount | Charge | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| 97016 | Vasopneumatic Devices | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | $0.00 |
| Visit Balance: | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due |
|---|---|---|
| 06/19/2025 | $0.00 | $0.00 |

| CPT | Description | Units | Amount | Charge | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| 97016 | Vasopneumatic Devices | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | $0.00 |
| Visit Balance: | | | | | | | $246.00 |

| Visit Date | Copay Due | Coinsurance Due |
|---|---|---|
| 06/24/2025 | $0.00 | $0.00 |

| CPT | Description | Units | Amount | Charge | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| 97016 | Vasopneumatic Devices | 1 | $39.00 | $39.00 | $0.00 | $0.00 | $39.00 |
| 97110 | Therapeutic Exercise | 2 | $49.00 | $98.00 | $0.00 | $0.00 | $98.00 |
| 97112 | Neuromuscular Re-Ed | 1 | $54.00 | $54.00 | $0.00 | $0.00 | $54.00 |
| 97140 | Manual Therapy | 1 | $55.00 | $55.00 | $0.00 | $0.00 | $55.00 |
| Visit Total: | | | | $246.00 | $0.00 | $0.00 | $246.00 |
| Copay Paid: | | | | | | | $0.00 |
| Coinsurance Paid: | | | | | | | $0.00 |

Patient Name: LEWIS, QUINCY

| Visit Balance: | | | | | | | | | $246.00 |

| Case Total: | # of Visits | Copay Due | Copay Paid | Coins Due | Coins Paid | Charge | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | 17 | $0.00 | $0.00 | $0.00 | $0.00 | $4017.00 | $0.00 | $0.00 | $4017.00 |
| Grand Total: | # of Visits | Copay Due | Copay Paid | Coins Due | Coins Paid | Charge | Payments | Adjustments | Balance |
| | 17 | $0.00 | $0.00 | $0.00 | $0.00 | $4017.00 | $0.00 | $0.00 | $4017.00 |

Patient: QUINCY LEWIS
DOB: ███████

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

# SOAP - Follow Up

**Service Date: 6/4/2025**

### SUBJECTIVE:

**Subjective:** Patient presents to CIMC for follow up after sustaining injuries following a work accident on 3/12/25. Patient reports doing well overall. He continues to wear a walking boot on right foot. He had follow up appointments with Mid-State and was advised to keep boot on for two months then return to clinic. He reports pain in the right foot and ankle improving, though he still experiences some discomfort with increased activity. He also continues to experience pain in upper and lower back as well as the right hip. Pain is improving, but not fully controlled. Denies CP, SOB, paresthesia, or vision disturbances.

### OBJECTIVE:

**Objective:** VITALS: BP: 152/99mmHg, HR: 107 bpm, RR: 20 , Temp: 98.5F; O2: 100 %

GEN: Well developed, well nourished, NAD, AAOx3

HEENT: NCAT, MMM, PERRLA, EOMI, TM intact b/l

NECK: Supple, no JVD, no lymphadenopathy, no carotid bruit

CV: RRR, no m/r/g, S1S2nl

RESP: CTAB, no r/r/w

ABD: Soft, ND/NT, +BS nl x 4

EXT: No cyanosis, clubbing, minimal edema right foot

SKIN: No rashes, no lesion, c/d/i

NEURO: CNII-XII intact, no focal deficits

MSK: symmetrical, no deformities, no masses, point tenderness right ankle/foot

PSYCH: Normal affect and speech, no hallucinations, no dysarthria

### ASSESSMENT:

**Assessment:** 1. Bilateral neck pain--Improving

2. Bilateral upper back pain--not controlled

3. Bilateral lower back pain--not controlled

4. Right hip--not controlled

5. Right ankle--improving

6. Right foot, 4th metatarsal fx--not controlled, walking boot in place.

7. Skin lesion lateral right ankle--healed

### PLAN:

**Plan:** Assessments complete as charted above and all findings reviewed with patient, all patient questions answered at present time and patient verbalizes understanding.

Page 1

1. Keep all follow up appointments with Mid-State ortho, continue recommendations.

2. Continue PT as previously ordered.

3. Continue prn pain medication as previously prescribed.

4. Follow up with NP 6 weeks.

Reviewed PMHx, medications, and allergies with patient. Denies any other needs or complaints at present time, instructed to call CIMC with any questions or concerns, patient verbalizes understanding.

**DIAGNOSES:**

**Cervical:** (M54.2) Cervicalgia

**Headaches:** (G44.309) Post-traumatic headache, unspecified, not intractable

**Thoracic:** (M54.6) Pain in thoracic spine

**Lumbar:** (M54.59) Other low back pain

**Head/Neck:** (M54.12) Radiculopathy, cervical region

**Mid Back/Rib Cage:** (M54.14) Radiculopathy, thoracic region, (M54.16) Radiculopathy, lumbar region

**Low Back/Pelvis/Lower Extremities:** (M25.551) Pain in right hip, (M25.571) Pain in right ankle and joints of right foot, (M46.1) Sacroiliitis, not elsewhere classified, (M25.651) Stiffness of right hip, not elsewhere classified

**Muscular:** (M62.48) Contracture of muscle, other site, (M62.838) Other muscle spasm, (M54.31) Sciatica, right side, (M62.830) Muscle spasm of back

**Other:** S91.001 - Unspecified open wound, right ankle, S92.34 - Fracture of fourth metatarsal bone

**PROCEDURES:**

**Establish Patient E/M's:** (99213) Level 3

**PROVIDER CERTIFICATION:**

**Provider:** Kayla Conway-Brown

**Electronically reviewed and signed by:** Kayla Conway-Brown - *Kayla Conway-Brown, NP-C*

Patient: QUINCY LEWIS
DOB: ████████████

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

# SOAP - Follow Up

**Service Date: 5/7/2025**

**SUBJECTIVE:**

**Subjective:** Patient presents to CIMC for follow up after sustaining injuries following a work accident on 3/12/25. Patient here today to discuss x-ray imaging. He continues with pain to right foot, with some soft tissue edema present. He is wearing walking boot daily and using crutches. Lesion to lateral right ankle, healing well. Dry scab and decrease in size reported. He reports follow up with Mid-State ortho tomorrow to assess right ankle and foot. He is still having pain to RLE, more in hip area. He reports continued aching pain in bilateral neck and back. Denies CP, SOB, paresthesia, or vision disturbances.

**OBJECTIVE:**

**Objective:** VITALS: BP: 153/95 mmHg, HR: 70bpm, Temp: 97.6F; O2: 98%

GEN: Well developed, well nourished, NAD, AAOx3

HEENT: NCAT, MMM, PERRLA, EOMI, TM intact b/l

NECK: Supple, no JVD, no lymphadenopathy, no carotid bruit

CV: RRR, no m/r/g, S1S2nl

RESP: CTAB, no r/r/w

ABD: Soft, ND/NT, +BS nl x 4

EXT: No cyanosis, clubbing, minimal edema right foot

SKIN: No rashes, erythema, 0.2X 0.2 scabbed lesion right ankle

NEURO: CNII-XII intact, no focal deficits

MSK: symmetrical, no deformities, no masses, point tenderness right ankle

PSYCH: Normal affect and speech, no hallucinations, no dysarthria

**ASSESSMENT:**

**Assessment:** 1. Bilateral neck pain--improving

2. Bilateral upper back pain--not controlled

3. Bilateral lower back pain--not controlled

4. Right hip--not controlled

5. Right ankle--not controlled

6. Right foot--not controlled, walking boot in place.

7. Skin lesion lateral right ankle--healing.

**PLAN:**

**Plan:** Assessments complete as charted above and all findings reviewed with patient, all patient questions answered at present time and patient verbalizes understanding.

Patient: QUINCY LEWIS
DOB ████████

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

1. Discussed x-ray results and findings.

2. Follow up with Mid-State ortho secondary right 4th metatarsal fracture.

3. Pending Referral to Dr. Fenn

4. Stop Mupirocin ointment to lateral right ankle BID. Right ankle lesion healing well.

5. Continue PT as previously ordered.

6. Follow up with NP 4 weeks.

Reviewed PMHx, medications, and allergies with patient. Denies any other needs or complaints at present time, instructed to call CIMC with any questions or concerns, patient verbalizes understanding.

**DIAGNOSES:**

**Cervical:** (M54.2) Cervicalgia

**Headaches:** (G44.309) Post-traumatic headache, unspecified, not intractable

**Thoracic:** (M54.6) Pain in thoracic spine

**Lumbar:** (M54.59) Other low back pain

**Head/Neck:** (M54.12) Radiculopathy, cervical region

**Mid Back/Rib Cage:** (M54.14) Radiculopathy, thoracic region, (M54.16) Radiculopathy, lumbar region

**Low Back/Pelvis/Lower Extremities:** (M25.551) Pain in right hip, (M25.571) Pain in right ankle and joints of right foot, (M46.1) Sacroiliitis, not elsewhere classified, (M25.651) Stiffness of right hip, not elsewhere classified

**Muscular:** (M62.48) Contracture of muscle, other site, (M62.838) Other muscle spasm, (M54.31) Sciatica, right side, (M62.830) Muscle spasm of back

**Other:** S91.001 - Unspecified open wound, right ankle, S92.34 - Fracture of fourth metatarsal bone

**PROCEDURES:**

**Establish Patient E/M's:** (99213) Level 3

**PROVIDER CERTIFICATION:**

**Provider:** Kayla Conway-Brown

**Electronically reviewed and signed by: Kayla Conway-Brown -** *Kayla Conway-Brown, NP-C*

Page 4

Patient: QUINCY LEWIS
DOB: ▇▇▇▇▇

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

# Radiographic Report

**Service Date: 4/30/2025**

**X-RAY REPORT:**

**Other X-Ray Findings:** Multiple radiographs of the cervical, thoracic, and lumbar spines, as well as the right hip and right foot, were obtained from Open Air MRI on 4/30/2025. There is straightening of the cervical lordosis likely due to muscle spasm following a trauma. There is evidence of previous surgical fusion of C6/7 with hardware. Early degenerative joint disease is noted throughout the cervical spine. The thoracic spine is unremarkable. There appears to be lumbarization of S1 with rudimentary disc space. Mild to moderate degenerative joint disease is seen from L4-S1 with decreased disc space at L5/S1 and foraminal encroachment at that level. There is a significant pelvic imbalance with the right ilium higher than the left. The right hip is unremarkable. There is a fracture of the 4th metatarsal clearly seen on the AP and Oblique right foot views. No other evidence of fracture, dislocation, or gross osseous pathology is noted.

Impression:
1. Straightening of the cervical lordosis likely due to muscle spasm following trauma
2. Previous surgical fusion with hardware at C6/7
3. Early DJD cervical spine
4. Mild to moderate DJD L4-S1 with decreased disc space and FE
5. Pelvic imbalance
6. Fracture of the 4th metatarsal

Read by: J. Scott Clark, DC.

**DIAGNOSES:**

**Cervical:** (M54.2) Cervicalgia

**Headaches:** (G44.309) Post-traumatic headache, unspecified, not intractable

**Thoracic:** (M54.6) Pain in thoracic spine

**Lumbar:** (M54.59) Other low back pain

**Head/Neck:** (M54.12) Radiculopathy, cervical region

**Mid Back/Rib Cage:** (M54.14) Radiculopathy, thoracic region, (M54.16) Radiculopathy, lumbar region

**Low Back/Pelvis/Lower Extremities:** (M25.551) Pain in right hip, (M25.571) Pain in right ankle and joints of right foot, (M46.1) Sacroiliitis, not elsewhere classified, (M25.651) Stiffness of right hip, not elsewhere classified

**Muscular:** (M62.48) Contracture of muscle, other site, (M62.838) Other muscle spasm, (M54.31)

Page 5

Patient: QUINCY LEWIS
DOB: ███████

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

Sciatica, right side, (M62.830) Muscle spasm of back

**Other:** S91.001 - Unspecified open wound, right ankle, S92.34 - Fracture of fourth metatarsal bone

**PROCEDURES:**

**X-Ray Spine/Other Imaging:** (72050) Cervical 4-5 views, (72070) Thoracic 2 views, (72100) Lumbosacral 2-3 views

**X-Ray Lower Extremity:** (73502) Hip, 2-3 views Right, (73630) Foot, 3+ views Right

**PROVIDER CERTIFICATION:**

**Provider:** J. Scott Clark

**Electronically reviewed and signed by:** J. Scott Clark - *J. Scott Clark, DC*

Patient: QUINCY LEWIS
DOB█████████

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

# SOAP - Follow Up

**Service Date: 4/23/2025**

**SUBJECTIVE:**

**Subjective:** Patient presents to CIMC for follow up after sustaining injuries following a work accident on 3/12/25. Patient reports that he is doing ok. He has not obtained imaging as ordered secondary death in his family. He will have imaging done prior to next appointment. Today he has decreased swelling to right foot, minimal observed to lateral side. Open sore with dry scab around edges reported to lateral right ankle, he reports cleaning with peroxide daily and leaving OTA. He is still having pain to RLE, more in hip area. Pain described as aching pain. He reports having to use crutches to off set weight on right side. He is still using walking boot to right foot as well. He reports continued aching pain in bilateral neck and back. He is getting relief with hydrocodone. Has hx of migraines and reports increased frequency of headaches since accident. He has been treated for migraines by PCP. He has resumed physical therapy this week. Denies CP, SOB, paresthesia, or vision disturbances.

**OBJECTIVE:**

**Objective:** VITALS: BP: 140/100mmHg, HR: 94bpm, Temp: 98.6F; O2: 98%

GEN: Well developed, well nourished, NAD, AAOx3
HEENT: NCAT, MMM, PERRLA, EOMI, TM intact b/l
NECK: Supple, no JVD, no lymphadenopathy, no carotid bruit
CV: RRR, no m/r/g, S1S2nl
RESP: CTAB, no r/r/w
ABD: Soft, ND/NT, +BS nl x 4
EXT: No cyanosis, clubbing, minimal edema right foot
SKIN: No rashes, erythema, 0.5 X 0.5 x 0.2 lesions to lateral right ankle
NEURO: CNII-XII intact, no focal deficits
MSK: symmetrical, no deformities, no masses, point tenderness right ankle
PSYCH: Normal affect and speech, no hallucinations, no dysarthria

**ASSESSMENT:**

**Assessment:** 1. Bilateral neck pain-- not controlled

2. Bilateral upper back pain--not controlled

3. Bilateral lower back pain--not controlled

4. Right hip--not controlled

5. Right ankle--not controlled

6. Right foot--not controlled

**PLAN:**

Page 7

DEF 017

**Plan:** Assessments complete as charted above and all findings reviewed with patient, all patient questions answered at present time and patient verbalizes understanding.

1. Obtain PI series and additional imaging as previously ordered.
2. Mupirocin ointment to lateral right ankle BID.
3. Continue PT as previously ordered
4. Follow up with NP 2 weeks to reassess right ankle wound and discuss imaging reports.

._ Denies any other needs or complaints at present time, instructed to call CIMC with any questions or concerns, patient verbalizes understanding.

**DIAGNOSES:**
**Cervical:** (M54.2) Cervicalgia
**Headaches:** (G44.309) Post-traumatic headache, unspecified, not intractable
**Thoracic:** (M54.6) Pain in thoracic spine
**Lumbar:** (M54.59) Other low back pain
**Head/Neck:** (M54.12) Radiculopathy, cervical region
**Mid Back/Rib Cage:** (M54.14) Radiculopathy, thoracic region, (M54.16) Radiculopathy, lumbar region
**Low Back/Pelvis/Lower Extremities:** (M25.551) Pain in right hip, (M25.571) Pain in right ankle and joints of right foot, (M46.1) Sacroiliitis, not elsewhere classified, (M25.651) Stiffness of right hip, not elsewhere classified
**Muscular:** (M62.48) Contracture of muscle, other site, (M62.838) Other muscle spasm, (M54.31) Sciatica, right side, (M62.830) Muscle spasm of back
**Other:** S91.001 - Unspecified open wound, right ankle
**PROCEDURES:**
**Establish Patient E/M's:** (99213) Level 3
**PROVIDER CERTIFICATION:**
**Provider:** Kayla Conway-Brown
**Electronically reviewed and signed by:** Kayla Conway-Brown - *Kayla Conway-Brown, NP-C*

Patient: QUINCY LEWIS
DOB ███████

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

# Physical Exam Orders

**Service Date:** 4/9/2025

**VITALS (04/09/2025):**

**Patient Age:** 49.

**Pulse (bpm):** 70.

**Temperature (deg):** 97.6.

**Height (in):** 6'4.

**Weight (lbs):** 160.

**BMI (%):** 0.0.

**Respiration (cpm):** 20.

**SpO2 (%):** 98.

**Blood Pressure:**

**Right Systolic (mm/hg):** 168.

**Right Diastolic (mm/hg):** 70.

**SUBJECTIVE (04/09/2025):**

**1ST COMPLAINT:**

**Complaining Of:** Right lower leg pain

**2ND COMPLAINT:**

**Complaining Of:** Right ankle pain

**3RD COMPLAINT:**

**Complaining Of:** Right foot pain

**4TH COMPLAINT:**

**Complaining Of:** right hip pain

**5TH COMPLAINT:**

**Complaining Of:** bilateral neck pain

**6TH COMPLAINT:**

Patient: QUINCY LEWIS
DOB: ▮▮▮▮▮▮▮

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

**Complaining Of:** bilateral upper back pain

**7TH COMPLAINT:**

**Complaining Of:** Bilateral lower back pain

**HISTORY (04/09/2025):**

**Contributing social history:** Medication(s): See intake . Allergies: NKDA.

**GENERAL EXAMINATION (04/09/2025):**

**Review of Systems (ROS):** Reviewed Patient Intake Form.

**Past, Family & Social History (PFSH):** Reviewed Patient Intake Form.

**Constitutional:** WNL.

**Review of Systems Exam:**

**Eyes:** WNL.

**Ears/Nose/Throat/Mouth:** N/A.

**Neck:** WNL.

**Respiratory:** WNL. Auscultation of lungs.

**Cardiovascular:** WNL. Auscultation of heart.

**Chest (breasts):** N/A.

**Gastrointestinal (Abdomen):** WNL.

**Lymphatic:** N/A.

**Skin:** Not WNL. Inspection of skin/subcutaneous tissues (excessive dry skin right foot secondary healing blisters. Yellow dry scab to right lateral ankle. Mild soft tissue swelling right foot. ). Palpation of skin/subcutaneous tissues (top right foot slightly cool to touch ).

**Neurologic:** WNL.

**Phychiatric:** WNL.

**Review Of Systems Notes:** MSK: Myalgia, paresthesia during palpation of trigger point, hypertonicity, decreased ROM, referred pain during palpation of trigger point..

**ORTHOPEDIC SPINAL EXAM (04/09/2025):**

**Cervical:**

**Compression Test:** Test is negative.

**Distraction Test:** Test is negative.

Patient: QUINCY LEWIS
DOB: ▮▮▮▮▮▮▮

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

**Shoulder Depression:** Test is negative.

**Soto Hall:** Test is negative.

**Lumbar:**

**SLR:** Test is negative.

**Fabre Patrick:** Test is negative.

**Yeoman's:** Test is negative.

**Other:** Test is negative (Milgrims).

**LOWER EXTREMITY GENERAL EXAM (04/09/2025):**

**Global Palpation:**

**Right Hip:** Mild Tenderness or Pain.

**Right Ankle/Foot:** Mod Tenderness or Pain. Edema. mild soft issue swelling.

**Range of Motion:**

**Right Hip:** No Restriction.

**Right Ankle/Foot:** Mod Restriction.

**ASSESSMENT:**

**Work Activities of Daily Living Are Limited:** Yes.

**Domestic Duties Activities of Daily Living Are Limited:** Yes.

**Household Duties Activities of Daily Living Are Limited:** Yes.

**Patient tolerated the treatment well:** Yes.

**The treatment was without incident:** Yes.

**PLAN:**

**Physical Therapy:** Perform/Order ASAP, ordered on 04/09/2025.

**Medical Necessity for Physical Therapy:** Improve function. Minimize loss of function. Decrease risk of injury and disease. Preventing, minimizing or eliminating impairment. Preventing, minimizing or eliminating activity limitations. Preventing, minimizing or eliminating participation restrictions.

**Physical Therapy determined by PT:** Perform/Order ASAP, ordered on 04/09/2025.

**Medical Necessity for Physical Therapy determined by PT:** Improve function. Minimize loss of function. Decrease risk of injury and disease. Preventing, minimizing or eliminating impairment. Preventing, minimizing or eliminating activity limitations. Preventing, minimizing or eliminating participation restrictions.

DEF 021

**Medications:** Perform/Order ASAP, ordered on 04/09/2025.

**Medical Necessity for Medications:** The patient has been prescribed the following medications (Hydrocodone 10/325mg take one tablet every 4-6 hours prn pain ).

**Medical Necessity Memo:** Patient presents to CIMC after sustaining injuries on his job on 3/12/25. Patient reports that while at work he was hit from behind by forklift. At the time of impact, patient's head and body were both facing straight forward. Upon impact, he fell forward. At that time the forklift ran over his right leg. He does not recall hitting head or any LOC. He reports going to RRMC initially for evaluation with multiple imaging studies done. He reports told he had fractures to right foot and possibly right lower leg. He was placed in soft cast to RLE. Two days later he reports going to SFCH for further evaluation secondary increased pain to RLE, right hip, and lower back. He is also reporting occasional pain and muscle spasm to bilateral neck radiating in upper back. He reports more imaging done, soft cast removed secondary increased swelling and blister formation to right foot. He was placed in walking boot. He reports referred to Mid-State orthopedics. Evaluation was done with Dr. Oas. he was told to stay in walking boot for now. Today he continue to c/o pain to lower back, right hip, right lower ext, right ankle and foot. He reports continued swelling to right foot. he has been treating with OTC NSAIDS after completing initial Rx of hydrocodone that was given. Pain and limited mobility is interfering with everyday ADLS, domestic, and household duties. He has not returned to work.

Assessments complete as charted above and all findings reviewed with patient, all patient questions answered at present time and patient verbalizes understanding.  Discussed POC and recommendations going forward, patient verbalizes understanding.

1. Obtain medical record from RRMC and SFCH. Further x-rays and/or MRI pending reports review.
2. Start hydrocodone 10/325mg q 4-6 hours as needed for pain #30. No refills.
3. Physical therapy evaluation. Hold treatment, until further review of medical records to assess injuries.
4. Continue POC as discussed. Follow up with NP in 2 weeks.

Reviewed PMH, PFSH, allergies, and chief complaints with patient as specified above. Denies any other needs or complaints at present time, instructed to call CIMC with any questions or concerns, patient verbalizes understanding. .

## DIAGNOSES:

**Cervical:** (M54.2) Cervicalgia

**Thoracic:** (M54.6) Pain in thoracic spine

**Lumbar:** (M54.59) Other low back pain

**Head/Neck:** (M54.12) Radiculopathy, cervical region

**Mid Back/Rib Cage:** (M54.14) Radiculopathy, thoracic region, (M54.16) Radiculopathy, lumbar region

**Low Back/Pelvis/Lower Extremities:** (M25.551) Pain in right hip, (M25.571) Pain in right ankle and

Patient: QUINCY LEWIS
DOB: ▮▮▮▮▮▮▮▮

Printed on 6/27/2025

Clark Integrated Medical Clinics
(337) 232-3353
401 E. Verot School Rd, Lafayette, LA, 70508-3130

joints of right foot, (M46.1) Sacroiliitis, not elsewhere classified, (M25.651) Stiffness of right hip, not elsewhere classified

**Muscular:** (M62.48) Contracture of muscle, other site, (M62.838) Other muscle spasm, (M54.31) Sciatica, right side, (M62.830) Muscle spasm of back

**PROCEDURES:**

**New Patient E/M's:** (99203) Level 3

**PROVIDER CERTIFICATION:**

**Note:** While under my care, I certify that the need of and application of treatment will be performed under my supervision.

**Provider:** Kayla Conway-Brown

**Electronically reviewed and signed by:** Kayla Conway-Brown - *Kayla Conway-Brown, NP-C*



**Louisiana Physical Therapy Centers**
Of Pineville, LLC

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

*Restoring strength, mobility and function for your life!*

## Evaluation Summary / Plan Of Care

Report Generation Date: 4/8/2025

| | | | |
|---|---|---|---|
| Patient Name: | QUINCY LEWIS | Date Seen: | 4/7/2025 |
| Referring Physician: | KAYLA CONWAY-BROWN, NP-C | Patient ID: | 13892 |
| Diagnosis: | M54.41  Lumbago with sciatica, right side | Date of Birth: | |
| | M25.551  Pain in right hip | | |
| | M25.571  Pain in right ankle and joints of right foot | | |
| | M25.671  Stiffness of right ankle, not elsewhere classified | | |

Dear Dr. KAYLA CONWAY-BROWN, NP-C,

**Subjective:**
Chief Complaint: He reports being injured on 3/12/25 when he was at work and a fork-lift ran up the back of his right LE. He sustained multiple injuries. He says he went to ER and had ortho consult and revealed fractures in his foot that they want to treat with immobilization in a boot and crutches at this time. He also has right sided low back and hip pain.

**Functional Status:**

| Functional Activity | Status | Level |
|---|---|---|
| Walk | Unable to Perform | Current |

**Objective:**
- Decreased participation in recreational activities
- Pain limits functional activities
- Decreased ROM
- Joint Swelling
- Decreased strength

**Ankle**
Ankle - AROM: (Dorsi-Flexion - R: 0 Degrees / L: 15 Degrees), (Plantar-Flexion - R: 10 Degrees / L: 45 Degrees), (Inversion - R: 0 Degrees / L: 30 Degrees), (Eversion - R: 0 Degrees / L: 100 Degrees).
Ankle - PROM: (Dorsi-Flexion - R: 7 Degrees / L: 20 Degrees), (Plantar-Flexion - R: 10 Degrees / L: 50 Degrees), (Inversion - R: 5 Degrees / L: 35 Degrees), (Eversion - R: 5 Degrees / L: 15 Degrees).
Ankle - MUSCLE TESTING: (Plantarflexion - R: NT / L: ), (Dorsiflexion - R: NT / L: ), (Inversion - R: NT / L: ), (Eversion - R: NT / L: ).

**L-Spine**
L-Spine - AROM: (Flexion - 50 Percent), (Extension - 50 Percent), (Sidebending Right - 75 Percent), (Sidebending Left - 50 Percent), (Rotation Right - 90 Percent), (Rotation Left - 90 Percent).
L-Spine - MUSCLE TESTING: (Hip Abductors - R: 4/5 / L: 5-/5), (Hip Adductors - R: 4+/5 / L: 5/5), (Rectus Abdominis - R: 4+/5 / L: 4+/5), (Hip Flexors - R: 4/5 / L: 5-/5).

**Assessment:**
**Descriptions**

Plan Of Care Style 1 (4/7/2025) - LEWIS, QUINCY
Page 1



 **Louisiana Physical Therapy Centers Of Pineville, LLC**

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

**Restoring strength, mobility and function for your life!**

Evaluation has determined decrease in functional status for this patient.
Evaluation has found subjective and objective deficits that can be addressed by physical therapy intervention.
Subjective and objective measures are addressed by goals in the plan of care.
Patient / family are involved in the development of these goals.
Patient / family are educated about current injury and treatment.

**Goals:**
- 1. Independent with Home Exercise Program to continue improvement and prevent future injuries.
- 2. Full Return to Activities in 16 weeks.
- 3. Increase ankle ROM by 25% within 4 weeks.
- 3a. Increase ROM to WNL in 12 weeks.
- 4. Decrease Pain to allow painfree return to activities
- 5. Increase ankle strength by 1/2 grade within 2 weeks.
- 5a. Increase Strength to WNL in 16 weeks.
- 6. Decrease joint swelling to equal uninvolved side.

**Potential To Reach Goals:** Good

**Plan:**
**Recommend Physical Therapy 3 time(s) a week for 16 week(s)**, with treatments to consist of: Flexibility (97110) - active and passive patient stretching, Gait Training - 97116: Improve overall gait function including stair climbing, Progressive Strengthening (97110) - Strength training, ROM (97110) - Passive or active activities to increase joint range of motion, Therapeutic Exercise - 97110: Improve muscle strength, ROM, flexibility, and muscle function, Cryotherapy- 97010: Application of cold to decrease local swelling and decrease pain, IFC E-Stim- 97014: Application of E-Stim to modulate pain , Ultrasound-97035: increase local circulation, improve tissue healing time, and modulate pain, Manual Stretching- 97140: passive or active stretching to improve muscle length and function, Soft Tissue Mobs- 97140: increase ROM tissue length, joint mechanics, and modulate pain.

Thank you for this referral,

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648



**Louisiana Physical Therapy Centers**
Of Pineville, LLC

*Restoring strength, mobility and function for your life!*

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| Patient Name: | QUINCY LEWIS | Date Seen: | 4/22/2025 |
| Diagnosis: | M54.41 Lumbago with sciatica, right side | Referring Physician: | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of 1 right foot | | |
| | M25.67 Stiffness of right ankle, not 1 elsewhere classified | | |
| Time In: | 4:00 PM | Time Out: | 4:46 PM |

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 2 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 2 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 2 sets of 10 - 2 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 2 sets of 10 - 2 Total Minutes
- Hip - hip adduction with ball : 2 sets of 10 - 2 Total Minutes
- Knee - LAQ: 2 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

## Billing

| CPT | Description | Units |
|---|---|---|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 1 |

## Treatment Time

Timed Codes: 46 - Untimed Codes: 0 - Total Treatment Time: 46

Full Daily Note With Billing - (4/22/2025) - QUINCY LEWIS
Page 1



**Louisiana Physical Therapy Centers Of Pineville, LLC**

**Restoring strength, mobility and function for your life!**

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#O3648



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

Restoring strength, mobility and function for your life!

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 4/24/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 4:00 PM | **Time Out:** | 4:55 PM |

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 2 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 2 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 2 sets of 10 - 2 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 2 sets of 10 - 2 Total Minutes
- Hip - hip adduction with ball : 2 sets of 10 - 2 Total Minutes
- Knee - LAQ: 2 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 2 sets of 10 - 2 Total Minutes
- Ankle - seated heel raises: 2 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 2 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 2 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

## Billing

| CPT | Description | Units |
|---|---|---|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 1 |

Full Daily Note With Billing - (4/24/2025) - QUINCY LEWIS
Page 1



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

**Restoring strength, mobility and function for your life!**

## Treatment Time

Timed Codes: 55 – Untimed Codes: 0 - Total Treatment Time: 55

x _Kevin M Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648



Louisiana Physical
Therapy Centers
Of Pineville, LLC

Restoring strength, mobility and function for your life!

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 5/1/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 4:00 PM | **Time Out:** | 4:55 PM |

## Subjective
Patient reports no new complaints

## Objective
- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 2 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 2 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 2 sets of 10 - 2 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 2 sets of 10 - 2 Total Minutes
- Hip - hip adduction with ball : 2 sets of 10 - 2 Total Minutes
- Knee - LAQ: 2 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 2 sets of 10 - 2 Total Minutes
- Ankle - seated heel raises: 2 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 2 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 2 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes

## Assessment
Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan
Continue to progress per plan of care.

## Billing

| CPT | Description | Units |
|---|---|---|
| 97140 | Manual Therapy | 1 |

Full Daily Note With Billing - (5/1/2025) - QUINCY LEWIS
Page 1

DEF 030



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

**Restoring strength, mobility and function for your life!**

| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 1 |

## Treatment Time

Timed Codes: 55 - Untimed Codes: 0 - Total Treatment Time: 55

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

Full Daily Note With Billing - (5/1/2025) - QUINCY LEWIS
Page 2



**Louisiana Physical Therapy Centers Of Pineville, LLC**

*Restoring strength, mobility and function for your life!*

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 5/2/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 10:45 AM | **Time Out:** | 11:43 AM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

## Billing

| CPT | Description | Units |
|---|---|---|
| 97140 | Manual Therapy | 1 |



**Louisiana Physical Therapy Centers Of Pineville, LLC**

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

**Restoring strength, mobility and function for your life!**

| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 58 - Untimed Codes: 0 - Total Treatment Time: 58

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 5/7/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 10:15 AM | **Time Out:** | 11:21 AM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

Full Daily Note With Billing - (5/7/2025) - QUINCY LEWIS
Page 1



**Louisiana Physical Therapy Centers Of Pineville, LLC**

Restoring strength, mobility and function for your life!

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

## Billing

| CPT | Description | Units |
|-----|-------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

Full Daily Note With Billing - (5/7/2025) - QUINCY LEWIS
Page 2



**Louisiana Physical Therapy Centers Of Pineville, LLC**

Restoring strength, mobility and function for your life!

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 5/8/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip | | |
| | 1 | | |
| | M25.57 Pain in right ankle and joints of right foot | | |
| | 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified | | |
| | 1 | | |
| **Time In:** | 4:15 PM | **Time Out:** | 5:21 PM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

Full Daily Note With Billing - (5/8/2025) - QUINCY LEWIS
Page 1

 

**Louisiana Physical Therapy Centers**
Of Pineville, LLC

Restoring strength, mobility and function for your life!

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

## Billing

| CPT | Description | Units |
|---|---|---|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

Full Daily Note With Billing - (5/8/2025) - QUINCY LEWIS
Page 2



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

**Restoring strength, mobility and function for your life!**

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | | **Date Seen:** | 5/22/2025 |
| **Diagnosis:** | M54.41 | Lumbago with sciatica, right side | **Date of Birth:** | 12/18/1975 (49 years old) |
| | M25.551 | Pain in right hip | | |
| | M25.571 | Pain in right ankle and joints of right foot | | |
| | M25.671 | Stiffness of right ankle, not elsewhere classified | | |
| **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C | | | |

**Treatment Has Included:**
Flexibility (97110) - active and passive patient stretching, Gait Training - 97116: Improve overall gait function including stair climbing, Progressive Strengthening (97110) - Strength training, ROM (97110) - Passive or active activities to increase joint range of motion, Therapeutic Exercise - 97110: Improve muscle strength, ROM, flexibility, and muscle function, Cryotherapy- 97010: Application of cold to decrease local swelling and decrease pain, IFC E-Stim- 97014: Application of E-Stim to modulate pain , Ultrasound- 97035: increase local circulation, improve tissue healing time, and modulate pain, Manual Stretching- 97140: passive or active stretching to improve muscle length and function, Soft Tissue Mobs- 97140: increase ROM tissue length, joint mechanics, and modulate pain.

**Subjective:**
Overall Status: Patient reports improvement with physical therapy intervention.

**Objective:**
**Observation:** Patient ambulates NWB with crutches and boot on right foot. Has pain with AROM of L-spine.
**Ankle - AROM:** (Dorsi-Flexion - R: 10  Degrees / L: 15 Degrees), (Plantar-Flexion - R: 30 Degrees / L: 45 Degrees), (Inversion - R: 12  Degrees / L: 30 Degrees), (Eversion - R: 5  Degrees / L: 10 Degrees).
**Ankle - Muscle Testing:** (Plantarflexion - R: 4/5 / L: ), (Dorsiflexion - R: 4-/5 / L: ), (Inversion - R: 3+/5 / L: ), (Eversion - R: 3+/5 / L: ).
**L-Spine - AROM:** (Flexion - 75 Percent), (Extension - 75 Percent), (Sidebending Right - 90 Percent), (Sidebending Left - 90 Percent), (Rotation Right - WNL Percent), (Rotation Left - WNL Percent).
**L-Spine - Muscle Testing:** (Hip Abductors - R: 4+/5 / L: 5/5), (Hip Adductors - R: 4+/5 / L: 5/5), (Rectus Abdominis - R: 4+/5 / L: 4+/5), (Hip Flexors - R: 4+/5 / L: 5-/5).
**Palpation:** Patient tender to palpation of entire right foot and ankle. Diffuse swelling with pitting edema +1. Has increased pain and tone to right piriformis.

**Goals Achieved:**
Short Term Goals:
· 1. Independent with Home Exercise Program to continue improvement and prevent future injuries. (Met)
· 3. Increase ankle ROM by 25% within 4 weeks. (Met)
· 5. Increase ankle strength by 1/2 grade within 2 weeks. (Met)
Long Term Goals:
· 2. Full Return to Activities in 16 weeks. (In Progress)
· 3a. Increase ROM to WNL in 12 weeks. (In Progress)
· 4. Decrease Pain to allow painfree return to activities (In Progress)
· 5a. Increase Strength to WNL in 16 weeks. (In Progress)
· 6. Decrease joint swelling to equal uninvolved side. (In Progress)

**Plan / Recommendation:**
Recommend Physical Therapy 3 time(s) a week for 12 week(s)
Tentative Discharge:



Louisiana Physical Therapy Centers
Of Pineville, LLC

Restoring strength, mobility and function for your life!

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT



**Louisiana Physical Therapy Centers Of Pineville, LLC**

*Restoring strength, mobility and function for your life!*

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 5/30/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints o' right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 9:30 AM | **Time Out:** | 10:36 AM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

Full Daily Note With Billing - (5/30/2025) - QUINCY LEWIS
Page 1



strength, mobility and function for your life!

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

## Billing

| CPT | Description | Units |
|-----|-------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

Full Daily Note With Billing - (5/30/2025) - QUINCY LEWIS
Page 2



Louisiana Physical
Therapy Centers
Of Pineville, LLC

Restoring strength, mobility and function for your life!

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 6/2/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 4:30 PM | **Time Out:** | 5:36 PM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

Full Daily Note With Billing - (6/2/2025) - QUINCY LEWIS
Page 1



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

## Billing

| CPT | Description | Units |
|-----|-------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 6/4/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints o' right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 3:00 PM | **Time Out:** | 4:06 PM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

Full Daily Note With Billing - (6/4/2025) - QUINCY LEWIS
Page 1



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

**Restoring strength, mobility and function for your life!**

## Billing

| CPT | Description | Units |
|-----|-------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

Full Daily Note With Billing - (6/4/2025) - QUINCY LEWIS
Page 2

# Louisiana Physical Therapy Centers
## Of Pineville, LLC

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

**Restoring strength, mobility and function for your life!**

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 6/5/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 4:00 PM | **Time Out:** | 5:06 PM |

## Subjective
Patient reports no new complaints

## Objective
- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment
Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan
Continue to progress per plan of care.

Full Daily Note With Billing - (6/5/2025) - QUINCY LEWIS
Page 1



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

Restoring strength, mobility and function for your life!

## Billing

| CPT | Description | Units |
|------|-------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M. Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648



**Louisiana Physical Therapy Centers**
Of Pineville, LLC

Restoring strength, mobility and function for your life!

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 6/9/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints o` right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 4:30 PM | **Time Out:** | 5:36 PM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.



**Louisiana Physical Therapy Centers Of Pineville, LLC**

*Restoring strength, mobility and function for your life!*

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

## Billing

| CPT | Description | Units |
|------|------------------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

Full Daily Note With Billing - (6/9/2025) - QUINCY LEWIS
Page 2



**Louisiana Physical Therapy Centers Of Pineville, LLC**

*Restoring strength, mobility and function for your life!*

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 6/12/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of 1 right foot | | |
| | M25.67 Stiffness of right ankle, not 1 elsewhere classified | | |
| **Time In:** | 4:30 PM | **Time Out:** | 5:36 PM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

Full Daily Note With Billing - (6/12/2025) - QUINCY LEWIS
Page 1



**Louisiana Physical Therapy Centers**
**Of Pineville, LLC**

*Restoring strength, mobility and function for your life!*

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

## Billing

| CPT | Description | Units |
|-----|-------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

Full Daily Note With Billing - (6/12/2025) - QUINCY LEWIS
Page 2



**Louisiana Physical Therapy Centers**
Of Pineville, LLC

*Restoring strength, mobility and function for your life!*

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 6/16/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 4:00 PM | **Time Out:** | 5:06 PM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

Full Daily Note With Billing - (6/16/2025) - QUINCY LEWIS
Page 1



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

## Billing

| CPT | Description | Units |
|-----|-------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

**Louisiana Physical Therapy Centers**
**Of Pineville, LLC**

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

Restoring strength, mobility and function for your life!

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 6/19/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 4:30 PM | **Time Out:** | 5:36 PM |

## Subjective

Patient reports no new complaints

## Objective

· Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
· Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
· L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
· L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
· Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
· Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
· L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
· L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
· Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
· Knee - LAQ: 3 sets of 10 - 2 Total Minutes
· Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
· Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
· Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
· Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
· Toe Scrunches: 3 minutes - 3 Total Minutes
· Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
· Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
· Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
· Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

Full Daily Note With Billing - (6/19/2025) - QUINCY LEWIS
Page 1



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

**Restoring strength, mobility and function for your life!**

## Billing

| CPT | Description | Units |
|-----|-------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

Full Daily Note With Billing - (6/19/2025) - QUINCY LEWIS
Page 2



**Louisiana Physical Therapy Centers**
Of Pineville, LLC

*Restoring strength, mobility and function for your life!*

1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

# Daily Note

| | | | |
|---|---|---|---|
| **Patient Name:** | QUINCY LEWIS | **Date Seen:** | 6/24/2025 |
| **Diagnosis:** | M54.41 Lumbago with sciatica, right side | **Referring Physician:** | KAYLA CONWAY-BROWN, NP-C |
| | M25.55 Pain in right hip 1 | | |
| | M25.57 Pain in right ankle and joints of right foot 1 | | |
| | M25.67 Stiffness of right ankle, not elsewhere classified 1 | | |
| **Time In:** | 4:00 PM | **Time Out:** | 5:06 PM |

## Subjective

Patient reports no new complaints

## Objective

- Manual - Stretching - manual therapy: 10 Minutes - 10 Total Minutes
- Modality - Game Ready/Intermittent Compression: 15 minutes - 15 Total Minutes
- L-spine - hump/slump: 3 sets of 10 - 3 Total Minutes
- L-Spine - AROM Extension: 3 sets of 10 - 3 Total Minutes
- Knee - straight leg raise : 3 sets of 10 - 3 Total Minutes
- Hip - Supine Piriformis Stretch: 2 repetitions, 30 seconds each - 2 Total Minutes
- L-Spine - Single knee to chest: 2 repetitions, 30 seconds each - 3 Total Minutes
- L-Spine - Posterior Pelvic tilts: 3 sets of 10 - 3 Total Minutes
- Hip - hip adduction with ball : 3 sets of 10 - 2 Total Minutes
- Knee - LAQ: 3 sets of 10 - 2 Total Minutes
- Knee - Standing Hamstring Curls: 3 sets of 10 - 3 Total Minutes
- Ankle - seated heel raises: 3 sets of 10 - 2 Total Minutes
- Ankle - Windshield Wipers: 3 sets of 10 - 2 Total Minutes
- Ankle - Toe Raises: 3 sets of 10 - 2 Total Minutes
- Toe Scrunches: 3 minutes - 3 Total Minutes
- Ankle - Resistive Inversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Plantarflexion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Eversion: 2 sets of 10 - 2 Total Minutes
- Ankle - Resistive Dorsiflexion: 2 sets of 10 - 2 Total Minutes

## Assessment

Patient tolerated treatment well as evidenced by participation in and ability to complete all therapeutic exercises.

## Plan

Continue to progress per plan of care.

Full Daily Note With Billing - (6/24/2025) - QUINCY LEWIS
Page 1



1135 Expressway Drive, Suite 100B
Pineville, LA 71360-6698
P.O. Box 3486
Pineville, LA 71361-3486
Ph: 318-487-6525
Fax 318-487-6527

**Louisiana Physical Therapy Centers**
**Of Pineville, LLC**

**Restoring strength, mobility and function for your life!**

## Billing

| CPT | Description | Units |
|------|-------------|-------|
| 97140 | Manual Therapy | 1 |
| 97016 | Vasopneumatic Devices | 1 |
| 97112 | Neuromuscular Re-Ed | 1 |
| 97110 | Therapeutic Exercise | 2 |

## Treatment Time

Timed Codes: 66 - Untimed Codes: 0 - Total Treatment Time: 66

x _Kevin M Garrigan PT, DPT_

Kevin Garrigan, PT License #: Lic#03648

Full Daily Note With Billing - (6/24/2025) - QUINCY LEWIS
Page 2



**Clark** INTEGRATED
MEDICAL CLINICS
● Medical
● Chiropractic
● Rehab

Lafayette | New Iberia | Pineville | Scott

Brad Rainthearst MD, Amanda Ho PA-C, Amy Weatherford NP-C, Kayla Curway Brown NP-C, Clancy Broussard PA-C, Rachel Lorino NP-C
J Scott Clark DC, Matt Smith DC, Joshua CenterPan DC, Jake Gary DC Kris Frankenberg DC, Ryan Knight DC

www.clarkintegrated.com

### Notice of Healthcare Privilege

April 29, 2025

To:   Law Firm of Walter Gabriel
      Attn: Mr. Walter Gabriel
      3600 Jackson Street, Suite 202A
      Alexandria,LA 71303
      Fax: (404) 549-6627

From: Clark Integrated Medical Clinics, LLC

Re: Quincy Lewis                               D.O.I. 03/12/25

We have been informed by the above patient that you will be representing their interest in the
above matter. Please sign the following agreement regarding Quincy Lewis and return to me as
soon as possible.

This notice, dated April 29, 2025, is provided in accordance with R.S.9:4751 through R.S.9:4755
to secure the Health Care Provider Privilege provided for by law in favor of Clark Integrated
Medical Clinics, LLC for charges and fees incurred by our patient, Quincy Lewis. Under these
provisions, any person who, having received notice in accordance with the provisions hereof,
pays over any monies subject to the privilege created herein, to any injured person, or to the
attorney, heirs, or legal representatives of any injured person, shall be liable to the licensed
health care provider, hospital, or ambulance service having such privilege for the amount thereof,
not to exceed the net amount paid, R.S. 9:4754.


_____                    _____
      Walter Gabriel                                    Date


DEF 058



**Clark** INTEGRATED · Medical
MEDICAL CLINICS · Chiropractic
· Rehab

**Lafayette | New Iberia | Pineville | Scott**

Brad Dautreave, MD; Amanda Jiu, PA-C; Amy Weatherford, NP-C; Kayla Conway-Brown, NP-C; Nancy Broussard, PA-C; Rachel Cahoon, NP-C
J. Scott Clark, DC; Matt Smith, DC; Joshua Guardian, DC; Jake Gary, DC; Kus Fontenberg, DC; Ryan Knoll, DC

**www.clarkintegrated.com**

# Initial Evaluation

**Patient Name: Quincy Lewis**                          **Date: 04/25/2025**
**DOB:** ▅▅▅▅▅

| Diagnosis: | | |
|---|---|---|
| | M54.2 | Cervicalgia |
| | M54.12 | Radiculopathy, cervical region |
| | M54.6 | Pain in thoracic spine |
| | M54.14 | Radiculopathy, thoracic region |
| | M54.59 | Other low back pain |
| | M54.16 | Radiculopathy, lumbar region |
| | M46.1 | Sacroiliitis, not elsewhere classified |
| | M62.838 | Other muscle spasm |
| | M62.830 | Muscle spasm of back |
| | M25.551 | Pain in right hip |
| | M25.571 | Pain in right ankle and joints of right foot |
| | M25.651 | Stiffness of right hip, not elsewhere classified |
| | M54.31 | Sciatica, right side |

## History of Present Illness:

Mr. Lewis began receiving care here on 04/09/2025 following an incident that occurred on 03/12/2025. He reports bilateral neck pain, upper back pain and lower back pain that radiates down into his right lower extremity. The physical examination showed restricted movement in his cervical, thoracic, and lumbar spine regions.

## Physical Exam/ROS:

Vitals: Pulse – 78, Temperature – 97.4°F, SpO2 – 100%, Blood Pressure – 119/87 (R)
Physical Exam: Positive Compression, Distraction, Soto Hall, SLR, Shoulder Depression and Fabre Patrick; Negative Yeoman's, and Milgram's tests
Review of Systems: Normal across General, HEENT, Respiratory, Gastrointestinal, Genitourinary, and Neurological systems

Quincy Lewis
April 25, 2025

DOB: ▅▅▅▅▅ 

Page 1

**Past Medical History:**

> Allergies: Seasonal
> Surgeries: Spinal Fusion (2003)
> Lifestyle: Smoker, drinks alcohol
> Current Medications: Zyrtec, Meloxicam, Frovatriptan

**Assessment:**

Mr. Lewis was not experiencing his current symptoms prior to this incident, indicating that his current symptoms are a direct result of the incident that occurred on 03/12/2025.

**Plan:**

I am recommending the patient begin physical therapy. The patient will follow-up with our medical staff in 2 weeks. We will continue to monitor the patient's progress.

Sincerely,

Kayla Conway-Brown, NP-C

 

**M.R. IMAGING SYSTEMS**

**Open Air MRI of CENLA**

# REFERRAL / SCHEDULE BY FAX FORM

**M.R. Imaging Systems: (P) 318-443-7674 • (F) 318-443-7696**
**Open Air MRI of CENLA: (P) 318-445-6736 • (F) 318-445-8845**

................................................ Patient Information ................................................

Patient Name **Quincy Lewis**        Tel: ▮▮▮▮▮        D.O.B. ▮▮▮▮

Patient Work Tel: _____        Patient Cell: _____

Patient Insurance **BILL TO CIMC**        Policy # _____ Group # _____

Workers Comp **TECHNICAL COMPONENT ONLY**        Atty _____ Authorization # _____

................................................ Physician Information ................................................

Diagnosis – Written and/or ICD-10 Code (Required) **M54.5, M54.6, M54.2, M25.551, M25.57'**

Physician's Signature (Required) **Kayla Conway-Brown, FNPC**    Physician Name (please print) **KAYLA CONWAY-BROWN**

Address **1135 EXPRESSWAY DR. SUITE 100B, PINEVILLE, LA**    Tel: **318-793-7910**    Fax: **337-232-9304**

Call Preliminary Reading Tel # _____    After Hours Tel # _____

Modalities and scans in RED are performed exclusively at Open Air MRI of CENLA

| CT | w/o | w | w & w/o |
|---|---|---|---|
| Abdomen | ☐ | ☐ | ☐ |
| Brain | ☐ | ☐ | ☐ |
| Chest | ☐ | ☐ | ☐ |
| High Resolution Chest | ☐ | ☐ | ☐ |
| Upper Extremity ☐LT ☐RT | ☐ | ☐ | ☐ |
| Lower Extremity ☐LT ☐RT | ☐ | ☐ | ☐ |
| Body Part _____ | | | |
| Neck | ☐ | ☐ | ☐ |
| Orbits/Temporal Bone | ☐ | ☐ | ☐ |
| Pelvis | ☐ | ☐ | ☐ |
| Renal Stone Protocol | ☐ | ☐ | ☐ |
| Sinus ☐ Limited ☐ Full | ☐ | ☐ | ☐ |
| C Spine | ☐ | ☐ | ☐ |
| L Spine | ☐ | ☐ | ☐ |
| Sacrum/Coccyx | ☐ | ☐ | ☐ |
| T Spine | ☐ | ☐ | ☐ |
| Other_____ | ☐ | ☐ | ☐ |

## PET/CT
☐ PET/CT Skull Base—Mid Thigh (F18 FDG)
☐ PET/CT Whole Body—Head-Toe (F18 FDG)
☐ PET/CT Axumin (F18 Fluciclovine)
☐ PET/CT Brain Imaging (F18 FDG)
☐ PET/CT Brain Imaging (Amyvid)
☐ PET/CT Bone Scan (Sodium Fluoride)
☐ PET/CT Pylarify (PSMA/F18 Piflufolastat)

## X-Ray
☒ Chest PA & LAT
☒ Cervical
☒ Thoracic
☐ Lumbar
☐ Sinus
☐ KUB/Flat/Erect
☐ Ribs
☐ Pelvis
☒ Extremity ☐LT ☒RT
Body Part **R hip, R foot**

**C - SPINE**
AP/Lat/Flex/Ext

**T - SPINE**
AP/Lat

**L - SPINE**
AP/Lat

| MRI | w/o | w & w/o |
|---|---|---|
| **Head** | | |
| Brain | ☐ | ☐ |
| ☐ Volumetric | | |
| IAC | ☐ | ☐ |
| Orbit | ☐ | ☐ |
| Pituitary Gland | ☐ | ☐ |
| Sinus | ☐ | ☐ |
| TMJ | ☐ | ☐ |
| **Body** | | |
| Abdomen | ☐ | |
| ☐ MRCP | | |
| Adrenal | ☐ | ☐ |
| Chest | ☐ | ☐ |
| Kidney | ☐ | ☐ |
| Liver | ☐ | ☐ |
| Pelvis | ☐ | ☐ |
| Uterus | ☐ | ☐ |
| Soft Tissue Neck | ☐ | ☐ |
| **Spine** | | |
| Brachial Plexus | ☐ | ☐ |
| Cervical Spine | ☐ | ☐ |
| Thoracic Spine | ☐ | ☐ |
| Lumbar Spine | ☐ | ☐ |
| Sacrum/SI Joints | ☐ | ☐ |
| Other_____ | | |
| **Joint** | | |
| Shoulder ☐LT ☐RT | ☐ | ☐ |
| Upper Arm ☐LT ☐RT | ☐ | ☐ |
| Elbow ☐LT ☐RT | ☐ | ☐ |
| Forearm ☐LT ☐RT | ☐ | ☐ |
| Wrist ☐LT ☐RT | ☐ | ☐ |
| Hand ☐LT ☐RT | ☐ | ☐ |
| Finger ☐LT ☐RT | ☐ | ☐ |
| Hip ☐LT ☐RT | ☐ | ☐ |
| Thigh/Femur ☐LT ☐RT | ☐ | ☐ |
| Knee ☐LT ☐RT | ☐ | ☐ |
| Lower Leg ☐LT ☐RT | ☐ | ☐ |
| Ankle ☐LT ☐RT | ☐ | ☐ |
| Foot ☐LT ☐RT | ☐ | ☐ |
| Other Extremity _____ | | |

| MR Angiography | w/o | w & w/o |
|---|---|---|
| Brain | ☐ | ☐ |
| Carotid Artery | ☐ | ☐ |
| Neck | ☐ | ☐ |
| Abdominal Aorta | ☐ | ☐ |
| Thoracic Aorta | ☐ | ☐ |
| Renal | ☐ | ☐ |
| Other_____ | | |

## MR Arthrogram
| | | |
|---|---|---|
| ☐ Shoulder | RT ☐ | LT ☐ |
| ☐ Hip | RT ☐ | LT ☐ |
| ☐ Wrist | RT ☐ | LT ☐ |
| ☐ Elbow | RT ☐ | LT ☐ |
| ☐ Knee | RT ☐ | LT ☐ |
| ☐ Ankle | RT ☐ | LT ☐ |

☐ **Check here if your patient is to take a CD with them**

☐ **STAT – Call Report**

**Appointment Location:**

☐ **M. R. Imaging Systems**
211 N 3rd Street, Suite B
Alexandria, LA 71301
NPI: 1780639559

☒ **Open Air MRI of CENLA**
5413 Jackson Street
Alexandria, LA 71303
NPI: 1528081924

Appointment Date _____ Time _____ Today's Date _____ Initials _____

**Clark Integrated Medical Clinics**

☐ Brad Boudreaux, MD
DEA #: FB3475464 • LIC #: MD201157
NPI #: 1811076995

Dr.Kayla Conway-Brown, NP-C
DEA #: MC8217677 • LIC #: AP231515
NPI #: 1285314559

1135 Expressway Dr., Ste. 100B
Pineville, LA 71360
Tel: 318.793.7910

Name. Quincy Lewis                          DO
Date: 4/9/25

Address.

Rx

Hydro codone 10/ 325mg
take 1 tablet by mouth
Q 4-6 hours PRN pain #30
K. Conway-Brown FNP-C

NP-C, MD

DO NOT REPEAT  NO SUBSTITUTION ☐  PLEASE LABEL ☐

| Repeat | 1 | 2 | 3 | 4 | 5 | NR |

## Clark Integrated Medical Clinics

☐ Brad Boudreaux, MD
DEA #: FB3475484 • LIC #: MD201157
NPI #: 1811076995

☐ Kayla Conway-Brown, NP-C
DEA #: MC8217677 • LIC #: AP231515
NPI #: 1285314559

1135 Expressway Dr., Ste. 100B
Pineville, LA 71360
Tel: 318.793.7910

Name _Quincy Lewis_                                    DOB ▮▮▮▮

Address _____                          Date 4/9/25

℞

PT eval & treat p̄ sustaining
injuries in work accident on
3/12/25

K. Conway-Brown, FNPC
NP-C, MD

DO NOT REPEAT ☑        NO SUBSTITUTION ☐        PLEASE LABEL ☐

| Repeat | 1 | 2 | 3 | 4 | 5 | NR |
|--------|---|---|---|---|---|----|

SAFETY FEATURES: COLORED VOID BACKGROUND • MICROPRINT LINES • IMPRINT ERASURE PROTECTION
REVERSE Rx • THERMOCHROMIC INK • ON BACK: ARTIFICIAL WATERMARK • COIN REACTIVE INK

### Duties Performed Under Duress at Work and Home

Patient's Name **Quincy Lewis**    Date of Injury **3-12-2020**    ☐ Initial ☐ Update

**Please check all that apply to your WORK because of the accident**

☐ I go to work but work in pain
☐ I limit my work activities
☐ Bending at work hurts
☐ Stooping at work hurts
☐ Sitting at work hurts
☐ Using the computer at work hurts
☐ Pushing at work hurts
☐ Kneeling at work hurts
☐ I have lost status in my company
☐ I have lost job security
☐ I didn't get a promotion
☐ I don't enjoy work as much as before
☐ I doze off at work
☐ I take unpaid time off of work to go to the Dr.
☐ I daydream at work more than before
☐ I feel tired at work
☐ I work in pain because I have bills to pay

☐ I can't take time off because I would lost my job
☐ I keep working so I don't lose status at company
☐ My business would fail if I took time off
☐ My work is not as good as it was before the accident
☐ My boss reprimanded me for poor performance
☐ I got a different job within the same company
☐ I got a different job in another company
☐ I make less money than before the accident
☐ I cannot do the same work/job as before the accident
☐ I can't concentrate as well at work
☐ I take paid time off to go to the Dr.
☐ I make mistakes at work I didn't make before
☐ I hide my poor work performance from my boss
☐ _____
☐ _____

**Please check all that apply to your HOME/DOMESTIC life because of the accident**

☑ My house is not as clean now
☑ My yard is not as neat now
☑ My garden is not as productive now
☐ I do yard work, but do it in pain
☑ I cannot do my normal yard work
☐ I do house work, but do it in pain
☑ I cannot do my normal house work
☐ Doing laundry hurts me
☑ I cannot do laundry now
☐ Washing dishes hurts me
☑ I cannot vacuum now
☐ Cooking hurts me
☑ I cannot cook now
☐ Washing the car hurts me
☑ I cannot wash my car
☐ I cannot take time off because I care for children
☑ I have **3** children ages **17, 16, 15**
☐ I had to hire a paid housekeeper

☐ I asked someone for unpaid housekeeping help
☐ I had to hire a paid gardener
☐ I asked someone for unpaid yard work help
☐ Mowing the lawn hurts me
☑ I cannot mow the lawn
☑ Taking out the trash hurts me
☐ I cannot take out the trash
☐ I do not enjoy my gardening/yard work like I used to
☐ I do not enjoy my housework like I used to
☐ Gardening hurts me
☑ I cannot do my gardening at all since the accident
☐ Others living with me do my share of work now
☐ Others do my share of yard work now
☐ Others living with me do my share of gardening
☐ _____
☐ _____

_(Signature)_    DEF 064    3-12-2020    5/7/2025
Date

## Duties Performed Under Duress at Work and Home
## Loss of Enjoyment of Sports, Hobbies, Travel, Daily Activities & School (1 of 2 pages)

**Please check all that apply to your EXERCISE & SPORTS activity because of the accident**

- [x] My exercise was affected by this crash
- [ ] I go to the gym & work out in pain
- [x] I no longer go to the gym to work out
- [ ] I run but in pain
- [x] I no longer run
- [ ] I take walks & have pain while walking
- [x] I no longer take walks
- [ ] I used to make income at sports
- [ ] I have lost sports income since the accident
- [ ] I am an amateur athlete
- [ ] I am a professional athlete
- [ ] I have gained _____ pounds since the accident

- [ ] I had to quit my *basketball* team after the accident
- [ ] I had to quit my *coaching* team after the accident
- [ ] I had to quit my _____ team after the accident
- [ ] I had to quit my _____ team after the accident
- [ ] I don't enjoy the sport of _____ anymore
- [ ] I didn't enjoy the sport of _____ for ___ weeks
- [ ] I don't enjoy the sport of _____ anymore
- [ ] I didn't enjoy the sport of _____ for ___ weeks
- [ ] I don't enjoy the sport of _____ anymore
- [ ] I didn't enjoy the sport of _____ for ___ weeks
- [ ] I don't enjoy the sport of _____ anymore
- [ ] I didn't enjoy the sport of _____ for ___ weeks

**Please check all that apply to your HOBBY activities because of the accident**

- [x] My hobbies were affected by the accident
- [x] Hobby #1 _Basketball coach_
- [x] I can't do hobby #1 anymore
- [ ] I do hobby #1 but in pain
- [x] I have lost money from not doing #1
- [ ] I didn't do hobby #1 for _____ weeks
- [x] Hobby #2 _Basketball trainer_
- [x] I can't do hobby #2 anymore
- [ ] I do hobby #2 but in pain
- [x] I have lost money from not doing #2
- [ ] I didn't do hobby #2 for _____ weeks

- [ ] Hobby #3 _____
- [ ] I can't do hobby #3 anymore
- [ ] I do hobby #3 but in pain
- [ ] I have lost money from not doing #3
- [ ] I didn't do hobby #3 for _____ weeks
- [ ] Hobby #4 _____
- [ ] I can't do hobby #4 anymore
- [ ] I do hobby #4 but in pain
- [ ] I have lost money from not doing #4
- [ ] I didn't do hobby #4 for _____ weeks
- [ ] _____

**Please check all that apply to your TRAVEL activities because of the accident**

- [ ] Business travel was affected by the accident
- [x] Pleasure travel was affected by the accident
- [ ] I hurt driving in my own car
- [x] I am in too much pain to drive
- [x] I hurt when I'm a passenger in a car
- [ ] I am in too much pain to sit in a car
- [x] I have anxiety when I'm in a car
- [ ] I hurt when I'm on an airplane
- [ ] I am in too much pain to travel by plane

- [x] Travel plan #1 _Cruise_
- [x] I did not go on travel plan #1
- [ ] I went, but did not enjoy #1 as much
- [ ] I went and the accident had no effect on #1
- [ ] Travel plan #2 _____
- [ ] I did not go on travel plan #2
- [ ] I went, but did not enjoy #2 as much
- [ ] I went and the accident had no effect on #2
- [ ] I missed time with my family/friends because I can't travel

_Signature_     DEF 065     5/22/2025     Date

## Duties Performed Under Duress at Work and Home
## Loss of Enjoyment of Sports, Hobbies, Travel, Daily Activities & School (2 of 2 pages)

**Please check all the DAILY LIVING activities that cause you pain because of the accident**

- [x] Dressing
- [x] Putting on pants
- [x] Putting on shoes
- [x] Tying my shoes
- [x] Putting on my shirt
- [ ] Drying my hair
- [ ] Combing my hair
- [x] Washing my hair
- [x] Taking a shower
- [x] Taking a bath
- [x] Leaning forward
- [x] Laying in bed
- [x] Sitting in my favorite chair
- [x] Sleeping
- [x] Going out with my friends
- [x] Sitting at a restaurant
- [x] Shopping
- [ ] Driving to/from work
- [x] Sitting in church
- [x] Playing with my children
- [x] Caring for my children
- [ ] Bending in a movie theatre
- [ ] Sitting in a movie theatre
- [x] Exercise
- [ ] Eating
- [x] Stooping

- [x] Squatting down
- [x] Kneeling
- [x] Brushing my teeth
- [x] Riding in a car
- [ ] Opening a jar
- [ ] Lifting a pan when cooking
- [x] Closing the trunk on my car
- [ ] Opening the garage door
- [x] Using my home computer
- [x] Climbing stairs
- [x] Sexual activity
- [x] Turning my head to left or right
- [x] Holding my head up all day
- [x] Watching TV
- [x] I have pain sitting & doing nothing
- [ ] Talking on the phone
- [ ] Reading
- [ ] Writing
- [ ] Opening doors
- [x] Drying with a towel after a bath or shower
- [x] Life has become a chore just to do normal things
- [x] It is depressing to live like this
- [ ] _____
- [ ] _____

**Please check all that apply to your SCHOOL & EDUCATION activities because of the accident**

- [ ] School was affected by the accident
- [ ] I am a student at _____
- [ ] I am in the _____ year/grade
- [ ] I was  [ ] full time  [ ] part time
- [ ] I am now [ ] full time  [ ] part time
- [ ] I missed _____ days of school
- [ ] I had to drop out of school because of the accident
- [ ] My grades are lower since the accident

- [ ] I have pain carrying my school books
- [ ] I hurt sitting in class more than _____ minutes
- [x] My neck hurts when I look down to read
- [ ] I don't learn as quickly as before the accident
- [ ] I don't learn things as well as before the accident
- [ ] I have difficulty concentrating in class
- [ ] It takes much longer to study/do my homework
- [ ] _____
- [ ] _____

DEF 066

_____          _____
Signature                                                    Date

# OSWESTRY LOW BACK DISABILITY QUESTIONNAIRE

Instructions: this questionnaire has been designed to give us information as to how your back pain has affected your ability to manage everyday life. Please answer every section and mark in each section only the ONE box which applies to you at this time. We realize you may consider 2 of the statements in any section may relate to you, but <u>please mark the box which most closely describes your current condition.</u>

**1.  PAIN INTENSITY**
- ☐ I can tolerate the pain I have without having to use pain killers
- ☑ The pain is bad but I manage without taking pain killers
- ☐ Pain killers give complete relief from pain
- ☐ Pain killers give moderate relief from pain
- ☐ Pain killers give very little relief from pain
- ☐ Pain killers have no effect on the pain and I do not use them

**2. PERSONAL CARE (e.g. Washing, Dressing)**
- ☐ I can look after myself normally without causing extra pain
- ☐ I can look after myself normally but it causes extra pain
- ☐ It is painful to look after myself and I am slow and careful
- ☑ I need some help but manage most of my personal care
- ☐ I need help every day in most aspects of self care
- ☐ I don't get dressed, I was with difficulty and stay in bed

**3. LIFTING**
- ☐ I can lift heavy weights without extra pain
- ☐ I can lift heavy weights but it gives extra pain
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, i.e. on a table
- ☐ Pain prevents me from lifting heavy weights, but I can manage light to medium weights if they are conveniently positioned
- ☑ I can lift very light weights
- ☐ I cannot lift or carry anything at all

**4. WALKING**
- ☐ Pain does not prevent me walking any distance
- ☐ Pain prevents me walking more than one mile
- ☐ Pain prevents me walking more than ½ mile
- ☐ Pain prevents me walking more than ¼ mile
- ☑ I can only walk using a stick or crutches
- ☐ I am in bed most of the time and have to crawl to the toilet

**5. SITTING**
- ☐ I can sit in any chair as long as I like
- ☐ I can only sit in my favorite chair as long as I like
- ☑ Pain prevents me from sitting more than one hour
- ☐ Pain prevents me from sitting more than ½ hour
- ☐ Pain prevents me from sitting more than 10 minutes
- ☐ Pain prevents me from sitting at all

**6. STANDING**
- ☐ I can stand as long as I want without extra pain
- ☐ I can stand as long as I want but it gives me extra pain
- ☐ Pain prevents me from standing for more than one hour
- ☐ Pain prevents me from standing for more than 30 minutes
- ☑ Pain prevents me from standing for more than 10 minutes
- ☐ Pain prevents me from standing at all

**7. SLEEPING**
- ☐ Pain does not prevent me from sleeping well
- ☑ I can sleep well only by using medication
- ☐ Even when I take medication, I have less than 6 hrs sleep
- ☐ Even when I take medication, I have less than 4 hrs sleep
- ☐ Even when I take medication, I have less than 2 hrs sleep
- ☐ Pain prevents me from sleeping at all

**8. SOCIAL LIFE**
- ☐ My social life is normal and gives me no extra pain
- ☐ My social life is normal but it increases the degree of pain
- ☐ Pain has no significant effect on my social life apart from limiting my more energetic interests, i.e. dancing, etc.
- ☑ Pain has restricted my social life and I do not go out as often
- ☐ Pain has restricted my social life to my home
- ☐ I have no social life because of pain

**9. TRAVELLING**
- ☐ I can travel anywhere without extra pain
- ☐ I can travel anywhere but it gives me extra pain
- ☐ Pain is bad, but I manage journeys over 2 hours
- ☐ Pain restricts me to journeys of less than 1 hour
- ☑ Pain restricts me to short necessary journeys under 30 minutes
- ☐ Pain prevents me from traveling except to the doctor or hospital

**10. EMPLOYMENT/ HOMEMAKING**
- ☐ My normal homemaking/ job activities do not cause pain.
- ☐ My normal homemaking/ job activities increase my pain, but I can still perform all that is required of me.
- ☐ I can perform most of my homemaking/ job duties, but pain prevents me from performing more physically stressful activities (e.g. lifting, vacuuming)
- ☐ Pain prevents me from doing anything but light duties.
- ☑ Pain prevents me from doing even light duties.
- ☐ Pain prevents me from performing any job or homemaking chores.

# NECK Pain and Disability Questionnaire

Rate the severity of your pain by circling one number:  (No Pain)  0...1...2...3...4...5...6...7...8...9...10  (Excruciating Pain)

This questionnaire has been designed to give the doctor information as to how your neck pain has affected your ability to manage everyday life.  Read through each section and check only ONE line that applies to you.  You may find that two of the statements in a section relate to you, but please just check ONE line that best describes your current predicament.

**Section 1– Pain Intensity**
___ I have no pain at the moment.
___ The pain is very mild at the moment.
___ The pain is moderate at the moment.
✓ The pain is fairly severe at the moment.
___ The pain is very severe at the moment.
___ The pain is the worst imaginable at the moment.

**Section 2– Personal Care (washing, dressing, etc.)**
___ I can look after myself normally without causing extra pain.
___ I can look after myself normally but it causes extra pain.
___ I am slow and careful because it is painful for me to look after myself.
___ I need some help but manage most of my personal care.
✓ I need help every day in most aspects of care.
___ I do not get dressed, I wash with difficulty and stay in bed.

**Section 3– Lifting**
___ I can lift heavy weight without extra pain.
___ I can lift heavy weight but it causes extra pain.
___ I cannot lift heavy weight off the floor, but I can manage if they are conveniently positioned like on a table.
✓ I cannot lift heavy weight, but I can manage light to medium weights if they are conveniently positioned.
___ I cannot lift any weight due to neck pain.

**Section 4– Reading**
___ I can read as much as I want to with no pain in my neck.
___ I can read as much as I want to with slight neck pain.
___ I can read as much as I want to with moderate neck pain.
✓ I cannot read as much as I want to due to moderate neck pain.
___ I can hardly read at all because of severe neck pain.

**Section 5– Headaches**
___ I have no headaches at all.
___ I have slight headaches that occur infrequently.
___ I have moderate headaches that occur infrequently.
___ I have frequent moderate headaches.
✓ I have frequent severe headaches.
___ I have severe headaches all the time.

**Section 6– Concentration**
___ I can concentrate fully when I want to with no difficulty.
___ I can concentrate fully when I want to with slight difficulty.
✓ I have a fair degree of difficulty in concentrating when I want to.
___ I have a great deal of difficulty in concentrating when I want to.
___ I cannot concentrate at all.

**Section 7– Work**
___ I can do as much work as I want to.
___ I can only do my usual work, but no more.
___ I can do most of my usual work, but no more.
___ I cannot do my usual work.
✓ I can barely do any work at all.
___ I cannot do any work at all.

**Section 8– Driving**
___ I can drive my car without any neck pain.
___ I can drive my car as long as I want with slight neck pain.
___ I can drive my car as long as I want with moderate neck pain.
___ I cannot drive my car as long as I want.
___ I can hardly drive at all because of severe neck pain.
✓ I cannot drive my car at all.

**Section 9– Sleeping**
___ I have no trouble sleeping.
___ My sleep is slightly disturbed (less than 1 hour sleepless)
___ My sleep is mildly disturbed (1 hour sleepless)
___ My sleep is moderately disturbed (2 to 3 hours sleepless)
✓ My sleep is greatly disturbed (4 to 5 hours sleepless)
___ My sleep is completely disturbed (6 to 7 hours sleepless)

**Section 10– Recreation**
___ I am able to engage in all my recreation activities with no neck pain.
___ I am able to engage in all my recreation activities with some neck pain.
___ I am able to engage in most, but not all of my usual recreation activities.
___ I am able to engage in a few of my usual recreation activities.
___ I can hardly do any recreation activities.
✓ I cannot do any recreation activities due to neck pain.

Patient Name (Print)          Patient Signature          Date 5/22/2026

**FOR OFFICE USE ONLY:**          x 2 =

Total Points          Disability Percentage          Rating Scale

**Louisiana Physical Therapy Centers** of Pineville, LLC

**Clark INTEGRATED MEDICAL CLINICS** — Medical / Chiropractic / Rehab

Patient Name: *Quincy Lewis*    ☐ Male ☐ Female    Todays Date: *4·9·2025*

SS #: ▓▓▓    DOB: ▓▓▓    mail: ▓▓▓

Check appropriate Box: ☐ Minor ☑ Single ☐ Married ☐ Divorced ☐ Widowed ☐ Separated

Patient's Address: *139 Thompson RD*    City: *Lecompte*

State: *LA*    Zip: *71346*    Home: ▓▓▓    Cell Phone: ▓▓▓

Person to contact in case of an emergency: *Wyman Lewis*    Phone: *(318) 500·1616*

Employer Name: *Proctor & Gamble*    Job Title: *Equipment Operator*

Name of school, if student: _____    Grade: _____

If patient is a minor, it is ok to treat in my absence.

Parent or Guardian _____    Date _____

Whom may we thank for referring you? *Law Office of Walter Gabriel*

If you were referred by a doctor: Name of doctor _____    Next scheduled visit: _____

Are you currently receiving home health?    YES    NO

**Current Primary Care:**

Physician: *Lirisey Welch*    Phone: *(318) 448·6800*

Are you, or is there a possibility you may be pregnant?    ☐ yes ☑ no    DUE DATE: _____

**Preferred Pharmacy:**

Name: *Walgreens Pharmacy*    Phone: *(318) 561·2381*

**If Motor Vehicle Collision - Attorney / At Fault Party Insurance Information**

Injury Date: *3·12·2025*    Were the Police Contacted: *No*    Seen at other facility/hospital? NO Ⓨ̶ⒺⓈ̶

If yes where: *Rapides Regional + Cabrini*    When: *3·12·2025 + 3·14·202*

Firm / Insurance Name: *Law Office of Walter Gabriel*

Attorney / Adjuster Name: *Walter Gabriel*

DEF 069

DATE REVIEWED:

Patient Name: _Quincy Lewis_    DOB: [redacted] 5    Date: _5 9 2025_

**Health Insurance:**

**PRIMARY**

Name of the insured _Quincy Lewis_    Relationship to patient _Self_

Birthdate [redacted]    SS#/SIN [redacted]    Name of Employer _Proctor + Gamble_

Insurance Company _United Healthcare I_    Member ID # _987168125_    Group # _196819_

**SECONDARY**

Name of the insured_____    Relationship to patient_____

Birthdate_____ SS#/SIN_____    Name of Employer_____

Insurance Company_____    Member ID #_____    Group #_____

## ASSIGNMENT OF HEALTH PLAN BENEFITS AND RIGHTS
### AS WELL AS AN APPOINTMENT AND/OR DESIGNATION AS MY PERSONAL REPRESENTATIVE
### AND AN ERISA/PPACA REPRESENTATIVE AND BENEFICIARY

I understand and agree that (regardless of whatever health insurance or medical benefits I have), I am ultimately responsible to pay CLARK INTEGRATED MEDICAL CLINICS and/or LOUISIANA PHYSICAL THERAPY CENTERS as well as all employees, employers, representatives, and agents thereof, (hereinafter collectively referred to as "Healthcare Provider") the balance due on my account for any professional services rendered and for any supplies, tests, or medications provided. I hereby authorize payment of, and assign my rights to, any health insurance or medical plan benefits directly to Healthcare Provider for any and all medical/healthcare services, supplies, tests, treatments, and/or medications that *have been* or *will be* rendered or provided; as well as designating and appointing Healthcare Provider as my beneficiary under all health insurance or medical plans which I may have benefits under. I hereby authorize the release of any health status, conditions, symptoms or treatment information contained in your records that is needed to file and process insurance or medical plan claims, to pursue appeals on any denied or partially paid claims, for legal pursuit as to any unpaid or partially paid claims, or to pursue any other remedies necessary in connection with same. I hereby assign directly to Healthcare Provider all rights to payment, benefits, and all other legal rights under, or pursuant to, any health plan (including, but not limited to, any ERISA governed plan/insurance contract, PPACA governed plan/insurance contract) rights that I (or my child, spouse, or dependent) may have under my/our applicable health plan(s) or health insurance policy(ies). I also hereby appoint and designate that Healthcare Provider can act on my/our behalf, as my/our Personal Representative, ERISA Representative, and PPACA Representative as to any claim determination, to request any relevant claim or plan information from the applicable health plan or insurer, to file and pursue appeals and/or legal action (including in my name and on my behalf) to obtain and/or protect benefits and/or payments that are due (or have been previously paid) to either Healthcare Provider, myself, and/or my family members as a result of services rendered by Healthcare Provider, and to pursue any and all remedies to which I/we may be entitled, including the use of legal action against the health plan, the insurer, or any administrator. I hereby also declare that Healthcare Provider is my/our beneficiary regarding my/our health plan as contemplated by both ERISA and PPACA, and that Healthcare Provider can pursue any and all rights that I/we may have under state and/or federal law regarding my/our health plan. This assignment, appointment, and designation will remain in effect unless revoked by me in writing. *It is my intent that the effective date of this document shall relate back to include all services, supplies, test, treatments, or medications that have been previously provided by Healthcare Provider.* A photocopy or scan or this document is to be considered as valid and as enforceable as the original.

_____ (Patient signature)    X_____ Signature of Guardian, if applicable

X _Quincy Lewis_ (Please print patient name)    Signed this _9th_ day of _April_, 20 _25_

DEF 070

Patient Name: _____ DOB: _____ Date: _____

## Health History
**Chief Complaint:** foot, ankle, leg, hip, back, neck, shoulders, + neck

Check which applies to your current symptoms (if known):
- ☑ Work related injury
- .Motor vehicle accident
- .Athletic injury
- .Recurrence of previous injury
- .Injury related to lifting
- .Cause unkown

Have you had any related surgery to this injury?    YES    (NO)
If yes, explain and give approximate date: _____

## History of Present Illness:
**Severity:**
How severe is the pain/problem on a scale of 1-10 with 10 being the most severe? 9/10

**Context:**
Where were you at the onset of this pain/problem? work

**Duration:**
How long have you had this pain/ problem? When did it start? 4/12/2025 Date of accident

**Associated Signs/Symptoms:**
What other associated problems have you been having? headache

**Timing:**
Does the pain/problem occur at a specific time? more at night

**Modifying Factors:**
What makes the pain/problem worse or better? Have you had previous episodes?

## Medication: *(include nonprescription, vitamins, herbals and OTC)*

| Name of Medication/ Supplement | Dosage | Morning, Noon and/or Night | Route of Administration | Reason for Usage |
|---|---|---|---|---|
| Zertec | | morning | oral | allergies |
| Meloxicam | 15 mg | morning | oral | inflammation/arthritis |
| Frovatriptan | | As Needed | oral | migraine |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

.I take no medications, vitamins, herbals or any other over-the-counter prescriptions.

## Known Allergies:

| ALLERGY | REACTION |
|---|---|
| Sensenol | |
| | |
| | |
| | |

I have no drug allergies.

DEF 071

Patient Name: _Quincy Lewis_   Date: _4.9.2025_

## Personal Medical History

**Indicate which of the below you have experienced recently by circling all that apply.**

Fever
Chills
(Feeling poorly)
(Feeling tired/fatigued)
(Feeling Foggy)
(Forgetfulness)
Malaise
Lightheadedness
(Irritability)
Recent weight gain
Recent weight loss

Eye pain
Red eyes
(Eyesight problems)
(Discharge from eyes)
Dry eyes
Eyes itch
Vision changes

Easy bleeding
Easy bruising
Swollen glands

(Earache)
Loss of hearing
Nosebleeds
Stuffy Nose
Discharge from nose
Chest Congestion
Frequent Sneezing
Sore throat
Hoarseness
Ringing in ears
Sinus problems

(Chest pain)
Palpitations
Fast heartbeat
Slow heartbeat
(Cold hands/feet)
(Muscle pain)
(Swelling in legs)
Heart murmur
History of heart attack

(Shortness of breath)
(Wheezing)
Cough
(Difficulty breathing while lying down/sleeping)
Coughing up phlegm
Coughing up blood

(Abdominal pain)
(Vomiting)
(Constipation)
(Diarrhea)
Heartburn
Black, tarry stools
Blood per rectum
Pain with urination
Urinary incontinence
(Urinary frequency)
Frequent urination at night

(Muscle/joint pain)
(Joint swelling)
(Joint stiffness)
Limb pain
Limb weakness
(Back pain)
Fibromyalgia
(Arthritis)
(Neck Pain)
(Wrist/Hand Pain)
(Elbow Pain)
(Shoulder Pain)
(Hip Pain)
(Knee Pain)
(Ankle/Foot Pain)
(Pain b/t Shoulder blades)
(Difficulty walking)

Skin lesions
Skin wound
Itching
Change in mole
Nail discoloration
Nail deformity
Confusion
Convulsions/seizures
Dizziness
Fainting
(Headaches)
(Migraines)
Numbness/tingling
Frequent falls

Suicidal
(Sleep disturbances)
(Anxiety)
(Depression)
Change in personality
Emotional problems

(Decreased libido/sexual desire)
Deepening of voice
Hair loss

Other symptoms: _____

# Family Medical History

**Please indicate if <u>your family</u> has a history of the following:** (Only include parents, grandparents, siblings, and children.)

◯I am adopted and do not know biological family history.           ◯Family history unknown

- ◯Alcohol Abuse
- ◯Anemia
- ◯Anesthetic Complication
- ⬭Arthritis
- ⬭Asthma
- ◯Bladder Problems
- ◯Bleeding Disease
- ◯Breast Cancer
- Colon Cancer
- ◯Depression
- ⬭Diabetes

- ◯Heart Disease
- ⬭High Blood Pressure
- ⬭High Cholesterol
- ◯Kidney Disease
- ◯Leukemia
- ◯Lung/Respiratory Disease
- ⬭Migraines
- ◯Osteoporosis
- ◯Other Cancer
- ◯Rectal Cancer
- ⬭Seizures/Convulsions

- ⬭Severe Allergy
- ◯Stroke/CVA of the brain
- ◯Thyroid Problems
- ◯NONE of the above
- ◯Mother, grandmother, or sister developed heart disease before the age of 65.
- ◯Father, grandfather, or brother developed heart disease before the age of 55.

## Past Medical History (Have you ever had the following: (circle "yes" or "no"/ leave blank if you are uncertain.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AIDS & HIV | YES | (NO) | Heart Attack/Disease | YES | (NO) | Recent Fractures | YES (NO) |
| Anemia | YES | (NO) | Hepatitis | YES | (NO) | Rheumatoid Arthritis | (YES) NO |
| Arrhythmias | YES | (NO) | Hernia | YES | NO | Rheumatic Fever | YES NO |
| Arthritis | (YES) | NO | High Blood Pressure | YES | (NO) | Scarlet Fever | YES (NO) |
| Asthma | (YES) | NO | Hives of Eczema | YES | (NO) | Skin Abnormalities | YES (NO) |
| Bleeding Tendency | YES | (NO) | Infectious Mono | YES | (NO) | Small Pox | YES (NO) |
| Blood Transfusion | YES | (NO) | Kidney Disease | YES | (NO) | Stroke/CVA of the brain | YES (NO) |
| Bronchitis | (YES) | NO | Low Blood Pressure | YES | (NO) | Thyroid Disease | YES (NO) |
| Plasma Transfusion | YES | (NO) | Metal Implants | (YES) | NO | Tuberculosis | YES (NO) |
| Cancer | YES | (NO) | Measles | YES | (NO) | Ulcer | YES (NO) |
| (Please List): _____ | | | Migraine Headaches | (YES) | NO | Venereal Disease | YES (NO) |
| Chicken Pox | (YES) | NO | Mitral Valve Prolepses | YES | NO | Whooping Cough | YES (NO) |
| Congestive Heart Failure | YES | (NO) | Mumps | YES | NO | Any Other Disease | YES NO |
| Diabetes | YES | (NO) | Osteoarthritis | YES | NO | (Please List): _____ | |
| Diphtheria | YES | NO | Pacemaker | YES | (NO) | | |
| Epilepsy | YES | (NO) | Pneumonia | YES | (NO) | Date of Last Chest X-Ray: _____ | |
| Glaucoma | YES | (NO) | Polio | YES | (NO) | | |

## Patient Social History

| | | | | |
|---|---|---|---|---|
| Use of Alcohol | Never: ____ | Rarely: ✗ | Moderate: ____ | Daily: ____ |
| Use of Tobacco | Never: ____ | Rarely: ✗ | Moderate: ____ | Daily: ____ |
| Use of Drugs | Never: ✗ | Type/Frequency: _____ | | |

**Previous Hospitalizations/Surgeries/Serious Illnesses**    When?    Hospital, City, State

Spinal Fusion     2003     Baylor Medial, Irving, Tx

◯I have never been hospitalized.

To the best of my knowledge, the questions on this form have been accurately answered. I understand that providing incorrect information can be dangerous to my health. It is my responsibility to inform the doctor's office of any changes in my medical status. I also authorize the healthcare staff to perform the necessary services I may need.

_Signature of the Patient, Parent or Guardian_     4.9.2025   Date

# ACCIDENT QUESTIONNAIRE

Patient's Name *Quincy Lewis*    Date of Incident *3·12·2025*    Today's Date *4·9·2025*

**DESCRIBE YOUR VEHICLE**

*NOT MVC*

1. **Vehicle Type:**
   a. Sports Car
   b. Coupe
   c. Sedan
   d. Sports Utility Vehicle
   e. Station Wagon
   f. Pick-up truck
   g. Bus
   Make: _____ Year: _____
   Model: _____ Est. Speed: _____
2. **Vehicle Size:**
   a. Compact
   b. Mid-sized
   c. Full-sized
   d. Pick-up truck

**DESCRIBE THE ACCIDENT**

3. **Date of Accident:** _____
4. **Actions of patient's vehicle:**
   a. Crossing an intersection
   b. Stopped at an intersection
   c. Stopped for a pedestrian
   d. Stopped for traffic
   e. Traveling at posted speed limit
   f. Traveling faster than posted speed limit
   g. Turning
5. **How was the patient's vehicle hit:**
   a. Hit head-on
   b. Was hit on the left front
   c. Was hit on the right front
   d. Was hit on the left rear
   e. Was hit on the right rear
   f. Was rear-ended
   g. Other: _____
6. **Damage to patient's vehicle:**
   a. Complete
   b. Extensive
   c. Minimal
   d. Moderate
7. **Describe the second vehicle:**
   a. Compact
   b. Full-sized
   c. Mid-sized
   d. Semi-trailer
   e. Pick-up truck
   Make: _____ Year: _____
   Model: _____ Est. Speed: _____
8. **Damage to the other vehicle:**
   a. Complete
   b. Extensive
   c. Minimal
   d. Moderate
9. **Weather Conditions**
   a. Clear
   b. Cloudy
   c. Drizzling
   d. Foggy
   e. Rainy
   f. Snowy
   g. Stormy
   h. Sunny
10. **Road Conditions**
    a. Damp
    b. Dry
    c. Dry with icy patches
    d. Iced over
    e. Snowed over
    f. Wet

**DESCRIBE THE MOMENT OF IMPACT**

11. **Body position at time of impact:**
    a. Leaning forward
    b. Slouched down in seat
    c. Straight
    d. Turned to the left
    e. Turned to the right
12. **Direction body was thrown:**
    a. Backward then forward
    b. Forward then backward
    c. To the left
    d. To the right
    e. About the vehicle
    f. Outside the vehicle
    g. Under the vehicle
13. **Head position at impact:**
    a. Straight
    b. Tilted forward
    c. Turned to the left
    d. Turned to the right
14. **Direction head was thrown:**
    a. Backward then forward
    b. Forward then backward
    c. Side to side
15. **Type of restraint:**
    a. Lap belt
    b. Shoulder belt
    c. Shoulder lap belt
16. **Place patient was seated in the vehicle:**
    a. Driver
    b. Front passenger
    c. Back passenger driver side
    d. Back passenger right side
    e. Back passenger middle
    f. Other: _____
17. **Did airbags deploy:**
    a. Yes
    b. No
18. **Were you seen at a medical facility following your accident:**
    a. Yes
    b. No
    If so, name and address of the facility:
    _____

    Patient Signature:
    _____





## PATIENT AUTHORIZATION FORM

### Authorization to Release Information to Family Members

Many of our patients allow family members such as their spouse, significant other, parents or children to call and request the result of tests, procedures and financial information. Under the requirements for H.I.P.A.A. we are not allowed to give this information to anyone without the patient's consent. If you wish to have your medical information, any diagnostic test results and/or financial information released to any family members you must sign this form. You have the right to revoke this consent, in writing, except where we have already made disclosures in reliance on your prior consent.

I authorize Clark Integrated Medical Clinic to release my records and any information requested to the following individuals.

1. _Walter Gabriel_____ Relation to Patient: _Attorney / Brother in Law_

2. _____ Relation to Patient:_____

3. _____ Relation to Patient:_____

4. _____ Relation to Patient:_____

### Authorization Regarding Messages (please check all that apply)

_✓___ I authorize you to leave a detailed message on my home or cell number regarding appointments

_✓___ I authorize you to leave a detailed message on my home or cell number regarding medical treatment, care, test results or financial information

_____ I authorize you to leave a message with anyone who answers the phone

_____ Messages may only be left with _____

Patient Name (Please Print) _Quine. glewis_____

Patient Signature _____ Date _4. 9. 2026_

Brad Boudreaux, MD  Amanda Ho, PA-C  Amy Weatherford, NP-C  Hannah Zaunbrecher PA-C
J. Scott Clark, DC  Matt Smith, DC  Jake Gary, DC  Joshua Couvillon, DC  Kris Frankenberg, D.C.

# CLARK INTEGRATED MEDICAL CLINICS
## CONSENT TO TREAT

By reading and signing this document, I, the undersigned patient (or authorized representative) consent to and authorize the performance of any treatments, examinations, medications, medical services, and diagnostic procedures (including but not limited to the use of radiographic studies) as ordered or approved by my attending physician(s), or any healthcare professional assigned to my care by my attending physician(s), and I acknowledge and consent to the following:

Please initial below:

_____ I understand that radiographs: ionizing radiation can be harmful to a fetus for those who are pregnant or might be pregnant.

_____ During the course of my care and treatment, I understand that various types of examinations, tests, diagnostic or treatment procedures may be necessary. These procedures may be performed by a physician, or other healthcare professionals. While routinely performed without incident, there may be material risks associated with these procedures. If I have any questions concerning these procedures, I will ask my Physician to provide me with additional information. I also understand my physician may ask me to sign additional informed consent documents relating to specific procedures.

_____ I understand that I can change my mind regarding the procedure or treatment. If I do, I must tell the person or the team doing the procedure or treatment *before* they start.

_____ I understand that the healthcare professionals involved in my care will rely on my documented medical history, as well as other information provided by me, my immediate family, or others having information about me, in determining whether to perform or recommend procedures. I agree to provide accurate and thorough information regarding my medical history and any conditions or events which may impact medical decision-making.

_____ I hereby request and consent to the performance of chiropractic manipulation and manual therapy techniques and other chiropractic procedures, including various modes of physical therapeutic modalities and procedures on me (or on the patient named below, for whom I am legally responsible) by a licensed doctor of chiropractic.

_____ I understand and am informed that, as in the practice of medicine, in the practice of chiropractic there are some risks to treatment and diagnostic services including but not limited to: *Manipulation*: increased pain or discomfort, fractures, disc injuries, strokes, dislocations and sprains. *Therapeutic Modalities and procedures*: additional pain and discomfort. Endurance exercise may cause increased risk of acute Myocardial Infarction (heart attack) in patients with known or possible cardiac.

_____ I do hereby consent to the drawing of a blood sample for the purpose of medical treatment. I understand that the risks involved with blood draws include, but are not limited to, discomfort at the site of the blood draw, possible bruising, redness and swelling around the site, bleeding at the sight, feeling of lightheadedness and rarely, an infection at the site of the blood draw.

I have read, or have had read to me, the above consent. I have also had an opportunity to ask questions about its content, and by signing below I agree to the above-named procedures. I intend this consent form to cover the entire course of treatment for my present condition and for any future condition(s) for which I seek treatment.

Patient/Guardian Signature _____     Date 4.9.2025

Witness Signature _____     Date_____

_____ I give permission to Clark Integrated Medical Clinics to email me regarding my Protected Health Information upon my request. I understand these emails are sent from an unsecure system which is not encrypted.

_____ I have read and agree to the terms of the Privacy Rights and Responsibilities of Clark Integrated Medical Clinics.

DEF 076

 

## MEDICAL RECORDS REQUEST

I hereby authorize: _____

To release all pertinent medical records for the purpose of _____

Records from dates_____ to _____.

To:
Clark Integrated Medical Clinics
401 E Verot School Road
Lafayette, LA 70508
Ph: 337-232-3353
Fax: 337-232-9304

Clark Integrated Medical Clinics
1833 East Main Street
New Iberia, LA 70560
Ph: 337-367-7463
Fax: 337-367-7461

Clark Integrated Medical Clinics
1135 Expressway Dr. Suite 100B
Pineville, LA 71360
Ph: 318-793-7910
Fax: 318-487-6527

This authorization shall remain in effect indefinitely or until such time it is revoked in writing by the patient (or authorized parent/guardian/representative in the case of minor).

Patient Name (please print) _Quincy Lewis_____

Date of Bir█████████████ Social Security Number ████████████████

Signature _____ Date 4. 9. 2025

Witness_____ Date _____

**This authorization is in accordance with LA §164.524**

Brad Boudreaux, MD  Amanda Ho, PA-C  Amy Weatherford, NP-C Hannah Zaunbrecher, PA-C
J. Scott Clark, DC   Matt Smith, DC   Jake Gary, DC  Joshua Couvillon, DC   Kris Frankenberg, D.C.
401 E Verot School Road Lafayette, LA 70508  Ph: 337 232 3353   Fax: 337 232 9304
1833 East Main St. New Iberia, LA 70560 Ph: 337 367 7463   Fax: 337 367 7461
1135 Expressway Dr. Suite 100B Pineville, LA 71360  Ph# 318 793 7910  Fax# 318 487 6527